UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, et al.<br><br>       Defendants. | Case No. 3:21-cv-00711<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## DECLARATION OF BRANDON MCGRATH

1. I am an attorney for Plaintiff Cabinets to Go, LLC ("Cabinets to Go"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On September 16, 2021, I sent a request for waiver of service to Ms. Lee as agent for Haiyan, Drouot, and Alno by e-mail to the email address sabrina@haiyanwoodworking.com. (**Exhibit 1**, September 16 email.)

3. The e-mail did not bounce back and there was no indication that it did not reach its intended recipient.

4. I sent the requests for waiver of service by FedEx to Defendants Qingdao Haiyan Real Estate Group Co., LTD ("Haiyan"), Qingdao Drouot Wood Industry Co., LTD ("Drouot"), and Alno Industry SDN BHD ("Alno").

5. These packages were delivered to Alno, Haiyan, and Drouot on September 23, 2021.

6. On September 23, 2021, I learned that all of the defendants in this case had retained U.S.-based counsel, the Perez Morris law firm, located in Columbus, Ohio.

7. I, along with other attorneys representing Cabinets to Go, engaged in telephone conversations and email exchanges with multiple attorneys from the Perez Morris firm where we addressed the substantive issues raised in this lawsuit, including substantive settlement discussions.

8. On October 15, 2021, I sent requests for waiver of service by email to John Perez, counsel for the defendants. (**Exhibit 2**, October email exchange.)

9. On October 18, 2021, Mr. Perez responded to that email and stated that he is unable to accept service, but he did not specifically address the waiver request. (*Id.*)

10. I have retained a firm to prepare and transmit the documents necessary for service of process on the Haiyan and Drouot through the Hague Convention.

Under 28 U.S.C. § 1746, I declare the above statements are true and accurate to the best of my knowledge.

_____
Brandon McGrath

Executed: November 2, 2021

# Hazen, Sabrina C.

| | |
|---|---|
| **From:** | McGrath, V. Brandon |
| **Sent:** | Thursday, September 16, 2021 9:23 AM |
| **To:** | sabrina@haiyanwoodworking.com |
| **Cc:** | Laren, Sarah T.; Dorkey, III, Charles E. "Trip"; Buck Cole |
| **Subject:** | Cabinets to Go lawsuit against Haiyan |
| **Attachments:** | Alno waiver.pdf; Haiyan Waiver.pdf; Drouot Waiver.pdf |

Dear Ms. Li,

Attached is a copy of a lawsuit filed against Qingdao Haiyan Group Co., LTD, Qingdao Drouot Woodworking Co., and Alno Industry SDN BHD.  Also attached is a request that each company waive service of process.  Please give these documents to your legal counsel.  There is a time limit of 30 days for the companies to respond to his request.

If you have questions, please feel free to contact me.

If you have legal counsel, please have your legal counsel contact me.

Thank you.



**Brandon McGrath**
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 513 455 7641   |   M +1 513 237 3534   |   US Internal 897641
brandon.mcgrath@dentons.com
Bio   |   Website

Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450, Cincinnati, OH, 45202

Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

# Hazen, Sabrina C.

| | |
|---|---|
| **From:** | John Perez <jperez@perez-morris.com> |
| **Sent:** | Monday, October 18, 2021 12:27 PM |
| **To:** | McGrath, V. Brandon |
| **Cc:** | Dorkey, III, Charles E. "Trip"; Laren, Sarah T.; Buck Cole |
| **Subject:** | RE: CTG v. Haiyan, et al. - Waiver of Service |

**[WARNING: EXTERNAL SENDER]**

Brandon,

As I mentioned Friday, we are not authorized to accept service on any of the defendants. With respect to the foreign entities, I believe service would be governed by some convention and simply mailing the document would be insufficient. With regard to Valleywood, I will look into your question and get back to you. Thanks.



**Juan Jose Perez** | Attorney at Law

**Main:** 614-431-1500
**Cell:** 614-330-6675
**Fax:** 614-431-3885

**Perez Morris** | *Good people, Doing great legal work, Exceptionally well.*
8000 Ravine's Edge Court, Suite 300 | Columbus, OH 43235
www.perez-morris.com
Licensed in Florida, New York, Ohio and Pennsylvania

PRIVATE AND CONFIDENTIAL
This electronic message transmission contains information from the law firm of Perez & Morris LLC ("Perez Morris") which is privileged, confidential or otherwise the exclusive property of the intended recipient or Perez Morris. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify us by telephone (614-431-1500), collect, or by electronic mail (jperez@perez-morris.com) and promptly destroy the original transmission. Thank you for your assistance.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** McGrath, V. Brandon <brandon.mcgrath@dentons.com>
**Sent:** Friday, October 15, 2021 11:54 AM
**To:** John Perez <jperez@perez-morris.com>
**Cc:** Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>; Laren, Sarah T. <sarah.laren@dentons.com>; Buck Cole <bcole@pepperlawplc.com>
**Subject:** CTG v. Haiyan, et al. - Waiver of Service

John,

Thanks again for speaking with me today. While we understand that you are not authorized to accept service on behalf of your clients, attached to this email are requests for waiver of service for all of your clients.

We originally sent these by mail to Alno, Haiyan, and Drouot in mid-September. Do you know whether they were received?

1

Case 3:21-cv-00711    Document 27-2    Filed 11/03/21    Page 4 of 5 PageID #: 110    Exhibit 2

Also, we sent a summons by certified mail to Valleywood but have not received the green card back. Do you know whether it was signed?

Either way, we are sending these to you now and are hoping your clients will waive service to save costs.

Thanks.



### Brandon McGrath
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 513 455 7641   |   M +1 513 237 3534   |   US Internal 897641
brandon.mcgrath@dentons.com
Bio   |   Website

Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450, Cincinnati, OH, 45202

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.