UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, et al. <br><br> Defendants. | Case No. 3:21-cv-00711 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER ALLOWING ALTERNATIVE SERVICE ON DEFENDANTS QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO., LTD, AND ALNO INDUSTRY SDN BHD**

On November 19, 2021, Defendant Scioto Valley Woodworking, Inc., d/b/a Valleywood Cabinetry ("Valleywood") was served through its statutory agent and notice of service was filed with the Court. (ECF No. 32.) Subsequently, counsel for Valleywood returned a waiver of service of summons.

The initial case management conference was scheduled for November 2, 2021. (ECF No. 6.) On October 28, 2021, the Court granted Plaintiff's motion to continue the case management conference because none of the defendants had been served or had appeared in the case and rescheduled it for January 12, 2022. (ECF No. 25.) Now that Defendant Valleywood has been properly served, Plaintiff respectfully requests consideration of its pending *Ex Parte* Application for Order Allowing Alternative Service (ECF No. 27) ("Application") so that the current case management conference date may be maintained and all parties may appear. As discussed in the Application, Counsel for Valleywood also represents the other defendants in the case.

Respectfully submitted,

*V. Brandon McGrath*
V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, Ohio 45202
Telephone: (513) 455-7641
Email: brandon.mcgrath@dentons.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 288-4635
Email: sarah.laren@dentons.com

Charles E. Dorkey, III
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 905-8330
Email: charles.dorkey@dentons.com

H. Buckley Cole (BPR #11811)
PEPPER LAW, PLC
Nashville, Tennessee 37219
Telephone: (615) 256-4838
Fax: (615) 292-9613
Email: bcole@pepperlawplc.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

At this time, there are no Defendants in the Court's CM/ECF electronic filing system.

I hereby certify that a true and correct copy of the foregoing document have been served on the below-listed person(s), via U.S. Mail, postage prepaid on December 13, 2021.

Emily Luhn as registered agent for
Scioto Valley Woodworking, Inc.
801 W 2nd Street
Waverly, OH 45690

 */s/ V. Brandon McGrath*