UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CABINETS TO GO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CV-00711-WDC |
| ) | JURY DEMAND |
| QINGDAO HAIYAN ) | |
| GROUP CO., LTD, QINGDAO ) | |
| DROUOT WOODWORKING CO. ) | |
| LTD, ALNO INDUSTRY SDN BHD, ) | |
| and SCIOTO VALLEY WOODWORKING, ) | |
| INC. DOING BUSINESS AS ) | |
| VALLEYWOOD CABINETRY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND EXTEND THE DEADLINE FOR SUBMITTING PROPOSED CASE MANAGEMENT ORDER

COME NOW Defendants Qingdao Haiyan Real Estate Group Co., Ltd, Qingdao Drouot Wood Industry Co. Ltd, and Alno Industry SDN BHD ("Defendants"), by and through undersigned counsel of record, and respectfully submit this Motion to Reschedule the Case Management Conference and Extend the Deadline for Submitting Proposed Case Management Order. The Initial Case Management Conference ("Conference") is set for January 12, 2022, at 9:30 A.M. Pursuant to the Court Notice issued September 15, 2021, the parties are required to submit their Proposed Initial Case Management Order ("Proposed Order") three (3) business days prior to the Conference. The deadline for the parties to file the Proposed Order is Friday, January 7, 2022.

Defendants were served in this action on Tuesday, January 4, 2022, and Wednesday, January 5, 2022, and the parties first received a Proposed Order on Thursday, January 6, 2022.

Counsel for Defendants has conferred with all other parties' counsel, and no parties oppose this Motion. Accordingly, Defendants request that the Court reset the Conference for January 26, 2022, with the Proposed Order due three (3) business days prior to that date.

Dated: January 7, 2022　　　　　　　　Respectfully submitted by:

**HUSCH BLACKWELL LLP**

*/s/ Samantha A. Lunn*
Samantha A. Lunn, TN BPR No. 030473
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
E-mail: samantha.lunn@huschblackwell.com

*Attorneys for Defendants QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO. LTD, and ALNO INDUSTRY SDN BHD*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202
Brandon.mcgrath@dentons.com

Charles E. Dorkey, III
Denton US LLP
1221 Avenue of the Americas
New York, NY 10020
charles.dorkey@dentons.com

H. Buckley Cole
Hall Booth Smith, P.C.
424 Church Street, Suite 2950
Nashville, TN 37219
bcole@pepperlawplc.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
sarah.laren@dentons.com

Matthew T. Byron
McAngus, Goudelock & Courie, LLC
201 4th Avenue N., Suite 1400
P. O. Box 198349
Nashville, TN 37219
matt.byron@mgclaw.com

Richard C. Mangelsdorf, Jr.
McAngus, Goudelock & Courie, LLC
520 West Summit Hill Drive, Suite 905
P.O. Box 990
Knoxville, TN 37901
chuck.mangelsdorf@mgclaw.com

This the 7th day of January, 2022.

/s/Samantha A. Lunn
Samantha A. Lunn