IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

___CABINETS TO GO, LLC___,
    Plaintiff(s),

v.                                  Case No.   3:21-cv-00711

___QINGDAO HAIYAN GROUP, CO., LTD___, et al.
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __SCIOTO VALLEYWOOD WORKING, INC.__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

[ ] This party is an individual, who resides in _____.

[ ] This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

[X] This party is a privately held corporation, incorporated in __OHIO__ and with a principal place of business in __OHIO__.

[X] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[ ] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 1/18/2022

Signature: /s/ Richard C. Mangelsdorf, Jr.

Printed Name: Richard C. Mangelsdorf, Jr.

Title: Attorney for Scioto Valley Woodworking, Inc.

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DIVISION

| | |
|---|---|
| **CABINETS TO GO, LLC,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 3:21-cv-00711 |
| **QINGDAO HAIYAN REAL ESTATES GROUP CO., LTD;** | ) Chief Judge Waverly D. Crenshaw, Jr. |
| **QINGDAO DROUOT WOOD INDUSTRY CO. LTD.,** | ) Magistrate Judge Jeffrey S. Frensley |
| **ALNO INDUSTRY SDN BHD, and SCIOTO VALLEY WOODWORKING, INC. d/b/a VALLEYWOOD CABINETRY,** | ) JURY DEMAND |
| Defendants. | ) |

## BUSINESS ENTITY DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Scioto Valleywood Working, Inc., doing business as Valleywood Cabinetry ("Valleywood"), makes the following disclosures:

Valleywood is a privately held Ohio corporation with its principle place of business in Ohio. Valleywood's sole parent corporation is Qingdao Haiyan Group Co., Ltd.

Respectfully submitted this 18th day of January, 2022.

        MCANGUS GOUDELOCK & COURIE, LLC

        /s/ Richard C. Mangelsdorf, Jr.
        RICHARD C. MANGELSDORF, JR., 012707
        MATT BYRON, 037514
        Post Office Box 198349
        201 4th Avenue N., Suite 1400
        Nashville, Tennessee 37219
        Phone: (615) 499-7281
        Facsimile: (615) 523-1496
        Email:    chuck.mangelsdorf@mgclaw.com
                     Matt.byron@mgclaw.com

        ATTORNEYS FOR SCIOTO VALLEY
        WOODWORKING, INC., DBA
        VALLEYWOOD CABINETRY

2

Case 3:21-cv-00711    Document 46    Filed 01/18/22    Page 4 of 5 PageID #: 163

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| V. Brandon McGrath<br>Dentons Bingham Greenebaum LLP<br>312 Walnut Street, Suite 2450<br>Cincinnati, OH 45202<br>Brandon.mcgrath@dentons.com<br><br>*Attorney for Plaintiff* | Charles E. Dorkey, III<br>Denton US LLP<br>1221 Avenue of the Americas New York, NY 10020<br>charles.dorkey@dentons.com<br><br>*Attorney for Plaintiff* |
| H. Buckley Cole<br>Hall Booth Smith, P.C.<br>424 Church Street, Suite 2950<br>Nashville, TN 37219<br>bcole@pepperlawplc.com<br><br>*Attorney for Plaintiff* | Sarah Laren<br>Dentons Bingham Greenebaum LLP<br>300 West Vine Street, Suite 1200<br>Lexington, KY 40507<br>sarah.laren@dentons.com<br><br>*Attorney for Plaintiff* |
| Samantha A. Lunn<br>Husch Blackwell LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402<br>samantha.lunn@huschblackwell.com<br><br>*Attorney for Defendants QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO. LTD, and ALNO INDUSTRY SDN BHD* | |

This 18th day of January, 2022.

                /s/ Richard C. Mangelsdorf, Jr.
                Richard C. Mangelsdorf, Jr.

3
Case 3:21-cv-00711  Document 46  Filed 01/18/22  Page 5 of 5 PageID #: 164