IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DIVISION

| | |
|---|---|
| **CABINETS TO GO, LLC,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 3:21-cv-00711 |
| **QINGDAO HAIYAN REAL ESTATES GROUP CO., LTD;**<br>**QINGDAO DROUOT WOOD INDUSTRY CO. LTD.,**<br>**ALNO INDUSTRY SDN BHD, and**<br>**SCIOTO VALLEY WOODWORKING, INC. d/b/a VALLEYWOOD CABINETRY,** | ) Chief Judge Waverly D. Crenshaw, Jr.<br>)<br>) Magistrate Judge Jeffrey S. Frensley<br>)<br>) **JURY DEMAND**<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT SCIOTO VALLEY WOODWORKING, INC.'S
MOTION TO DISMISS PURSUANT TO RULES 12(b)(2), (3)
AND (6) OR ALTERNATIVELY MOTION FOR MORE
DEFINITE STATEMENT PURSUANT TO RULE 12(e)**

COMES NOW Defendant Scioto Valley Woodworking, Inc., d/b/a Valleywood Cabinetry, pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6) and respectfully moves this Honorable Court to dismiss Plaintiff's First Amended Complaint against it.

Based on the allegations contained in the Complaint, this Court does not have either general or specific personal jurisdiction over Valleywood in this matter. Valleywood accordingly moves for dismissal under Fed. R. Civ. P. 12(b)(2). Additionally, Plaintiff's general allegations against Valleywood fail to state a viable claim against Valleywood upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

Alternatively, if the claims are not dismissed against it, Valleywood moves for a more

definite statement pursuant to Fed. R. Civ. P. 12(e), as the allegations against Valleywood are so vague and ambiguous that Valleywood cannot reasonably prepare a response, and for transfer of the case to a proper venue pursuant to Fed. R. Civ. P. 12(b)(3). In support of this Motion, Valleywood submits a Memorandum of Law which has been filed on the same date as this Motion.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

/s/ Richard C. Mangelsdorf, Jr.
RICHARD C. MANGELSDORF, JR., 012707
MATT BYRON, 037514
Post Office Box 198349
201 4th Avenue N., Suite 1400
Nashville, Tennessee 37219
Phone: (615) 499-7281
Facsimile: (615) 523-1496
Email: chuck.mangelsdorf@mgclaw.com
Matt.byron@mgclaw.com

ATTORNEYS FOR SCIOTO VALLEY WOODWORKING, INC., DBA VALLEYWOOD CABINETRY

# CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| V. Brandon McGrath<br>Dentons Bingham Greenebaum LLP<br>312 Walnut Street, Suite 2450<br>Cincinnati, OH 45202<br>Brandon.mcgrath@dentons.com<br><br>*Attorney for Plaintiff* | Charles E. Dorkey, III<br>Denton US LLP<br>1221 Avenue of the Americas New York, NY 10020<br>charles.dorkey@dentons.com<br><br>*Attorney for Plaintiff* |
| H. Buckley Cole<br>Hall Booth Smith, P.C.<br>424 Church Street, Suite 2950<br>Nashville, TN 37219<br>bcole@pepperlawplc.com<br><br>*Attorney for Plaintiff* | Sarah Laren<br>Dentons Bingham Greenebaum LLP<br>300 West Vine Street, Suite 1200<br>Lexington, KY 40507<br>sarah.laren@dentons.com<br><br>*Attorney for Plaintiff* |
| Samantha A. Lunn<br>Husch Blackwell LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402<br>samantha.lunn@huschblackwell.com<br><br>*Attorney for Defendants QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO. LTD, and ALNO INDUSTRY SDN BHD* | |

This 18th day of January, 2022.

                                                /s/ Richard C. Mangelsdorf, Jr.
                                                Richard C. Mangelsdorf, Jr.