IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>QINGDAO HAIYAN REAL ESTATE  )<br>GROUP CO., LTD;  )<br>QINGDAO DROUOT WOOD  )<br>INDUSTRY CO. LTD.,  )<br>ALNO INDUSTRY SDN BHD, and  )<br>SCIOTO VALLEY WOODWORKING,  )<br>INC. d/b/a VALLEYWOOD  )<br>CABINETRY,  )<br>  )<br>    Defendants.  )<br>  ) | CASE NO.: 3:21-cv-00711<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffrey S. Frensley |

**DEFENDANTS QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO., LTD., AND ALNO INDUSTRY SDN BHD'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6), Qingdao Haiyan Real Estate Group Co., LTD ("Haiyan"), Qingdao Drouot Wood Industry Co., LTD ("Drouot"), and Alno Industry SDN BHD ("Alno") (collectively the "Foreign Defendants"), through counsel, move the Court to dismiss the First Amended Complaint against it.

Based on Plaintiff's general allegations contained in the Complaint, this Court does not have either general or specific personal jurisdiction over the Foreign Defendant in this matter. The Foreign Defendants accordingly move for dismissal under Fed. R. Civ. P. 12(b)(2). Additionally, Plaintiff's First Amended Complaint fails to establish venue over the Foreign Defendants is proper. The Foreign Defendants accordingly move for dismissal under Fed. R. Civ. P. 12(b)(3). Should the Court find that personal jurisdiction and venue are proper in this Court, Plaintiff's

1

claims under the Tennessee Consumer Protection Act (the "TCPA Claims") cannot stand, as Plaintiff's claim fails to state a claim upon which relief may be granted. Accordingly, the Foreign Defendants move for dismissal of the TCPA Claims under Fed. R. Civ. P. 12(b)(6).

Dated: February 1, 2022

Respectfully submitted by:

**HUSCH BLACKWELL LLP**

*/s/ Samantha A. Lunn*
Samantha A. Lunn, TN BPR No. 030473
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
E-mail:
samantha.lunn@huschblackwell.com

*Attorneys for Defendants QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, QINGDAO DROUOT WOOD INDUSTRY CO. LTD, and ALNO INDUSTRY SDN BHD*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202
Brandon.mcgrath@dentons.com

H. Buckley Cole
Hall Booth Smith, P.C.
424 Church Street, Suite 2950
Nashville, TN 37219
bcole@pepperlawplc.com

Matthew T. Byron
McAngus, Goudelock & Courie, LLC
201 4th Avenue N., Suite 1400
P. O. Box 198349
Nashville, TN 37219
matt.byron@mgclaw.com

Charles E. Dorkey, III
Denton US LLP
1221 Avenue of the Americas
New York, NY 10020
charles.dorkey@dentons.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
sarah.laren@dentons.com

Richard C. Mangelsdorf, Jr.
McAngus, Goudelock & Courie, LLC
520 West Summit Hill Drive, Suite 905
P.O. Box 990
Knoxville, TN 37901
chuck.mangelsdorf@mgclaw.com

This the 1st day of February, 2022.

/s/Samantha A. Lunn
Samantha A. Lunn