UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CABINETS TO GO, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CV-00711-WDC |
| ) | JURY DEMAND |
| QINGDAO HAIYAN ) | |
| GROUP CO., LTD, QINGDAO ) | |
| DROUOT WOODWORKING CO. ) | |
| LTD, ALNO INDUSTRY SDN BHD, ) | |
| and SCIOTO VALLEY WOODWORKING, ) | |
| INC. DOING BUSINESS AS ) | |
| VALLEYWOOD CABINETRY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on February 4, 2022, Defendants Qingdao Haiyan Real Estate Group Co., Ltd, Qingdao Drouot Wood Industry Co. Ltd, and Alno Industry SDN BHD (collectively, the "Foreign National Defendants"), hereby file the below Declarations in connection with the Foreign National Defendants' Memorandum in Support of Motion to Dismiss Amended Complaint (Court Doc. 58):

 1. Declaration of Lei Li on Behalf of Defendant Qingdao Haiyan Real Estate Group Co., Ltd;

 2. Declaration of Shuxia You on Behalf of Qingdao Drouot Wood Industry Co., Ltd; and

 3. Declaration of Hongzhan Chu on Behalf of Alno Industry SDN BHD.

1

HB: 4855-1131-1372.1
Case 3:21-cv-00711   Document 59   Filed 02/04/22   Page 1 of 2 PageID #: 235

Dated: February 4, 2022.　　　　　　　　Respectfully submitted by:

HUSCH BLACKWELL LLP

*/s/ Samantha A. Lunn*
Samantha A. Lunn, TN BPR No. 030473
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500; Facsimile: 423.266.5499
E-mail: samantha.lunn@huschblackwell.com

*Attorney for Defendants Qingdao Haiyan Real Estate Group Co., Ltd, Qingdao Drouot Wood Industry Co. Ltd and Alno Industry SDN BHD*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| V. Brandon McGrath<br>Dentons Bingham Greenebaum LLP<br>312 Walnut Street, Suite 2450<br>Cincinnati, OH 45202<br>Brandon.mcgrath@dentons.com | Charles E. Dorkey, III<br>Denton US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>charles.dorkey@dentons.com |
| H. Buckley Cole<br>Hall Booth Smith, P.C.<br>424 Church Street, Suite 2950<br>Nashville, TN 37219<br>bcole@pepperlawplc.com | Sarah Laren<br>Dentons Bingham Greenebaum LLP<br>300 West Vine Street, Suite 1200<br>Lexington, KY 40507<br>sarah.laren@dentons.com |
| Matthew T. Byron<br>McAngus, Goudelock & Courie, LLC<br>201 4th Avenue N., Suite 1400<br>P. O. Box 198349<br>Nashville, TN 37219<br>matt.byron@mgclaw.com | Richard C. Mangelsdorf, Jr.<br>McAngus, Goudelock & Courie, LLC<br>520 West Summit Hill Drive, Suite 905<br>P.O. Box 990<br>Knoxville, TN 37901<br>chuck.mangelsdorf@mgclaw.com |

This the 4th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/Samantha A. Lunn*
　　　　　　　　　　　　　　　　　　　　Samantha A. Lunn

2