UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| CABINETS TO GO, LLC, | Civil Action No. 3:21-cv-00711 |
| Plaintiff, | |
| v. | Judge Waverly D. Crenshaw, Jr., |
| | Magistrate Judge Jeffery S. Frensley |
| QINGDAO HAIYAN GROUP, CO., LTD, et al. | |
| Defendants, | |

## DECLARATION OF HONGZHAN CHU ON BEHALF OF ALNO INDUSTRY SDN BHD

Hongzhan Chu, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am the Director of Operations of Alno Industry SDN BHD ("Alno") and I submit this Declaration in support of Defendants' Motion to Dismiss.

3. Alno is a Malaysian private liability company, *Sendirian Berhad*, with its sole facilities located at Plot 37, Furniture Industrial Estate, Jalan Sungai Baong, 14200 Sungai Bakap, Penang, Malaysia.

4. Alno is affiliated indirectly through ownership with Qingdao Haiyan Real Estate Group Co., Ltd. ("Haiyan"), which is based in China, but is a separately operated corporation from Haiyan.

5. Alno is not, nor was at any time, registered to do business in any state in the United States.

1

Case 3:21-cv-00711   Document 59-3   Filed 02/04/22   Page 1 of 2 PageID #: 242

6. Alno does not have any offices, property, leases, or employees in Tennessee or in any states in the United States.

7. Alno conducts all of its business operations outside of the United States of America.

8. Alno does not solicit any sales in the United States.

9. For all purchase orders placed by Cabinets To Go, LLC ("CTG") with Alno, including the purchase orders at issue in this litigation, CTG contracted to accept the product at Alno's manufacturing facility in its home country of Malaysia. Alno did not ship the product to CTG. Instead, all shipments from the Alno manufacturing facility in Malaysia to CTG's destination were arranged for and directed entirely by CTG. Alno did not have any control over the products, the destination for the products, or the shipping process after the products were examined by a team of inspectors hired by CTG to inspect the products in Malaysia, prior to the product being loaded onto CTG's containers at Alno's manufacturing facility. Alno did not cause the products to be shipped to any location in the United States of America, including Tennessee. The ultimate destination for products purchased by CTG was entirely outside of Alno's control.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 31/01, 2022.

_ChuHongzhan_
Hongzhan Chu

Case 3:21-cv-00711    Document 59-3    Filed 02/04/22    Page 2 of 2 PageID #: 243