# Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD (青岛海燕置业集团有限公司), QINGDAO DROUOT WOOD INDUSTRY CO. LTD (青岛德鲁奥木业有限公司), ALNO INDUSTRY SDN BHD, and SCIOTO VALLEY WOODWORKING, INC., doing business as VALLEYWOOD CABINETRY,<br><br>Defendants. | Case No. 3:21-cv-00711<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## DECLARATION OF SARAH LAREN

1. I am an attorney for Plaintiff Cabinets To Go, LLC ("Cabinets To Go"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit 3 to Cabinets To Go's Response in Opposition to Defendants' Motions to Dismiss is a true and accurate copy of Philip Jian Jiao's resume, which was posted on LinkedIn by the Greater Columbus Chinese Chamber of Commerce in 2021. The attached copy was downloaded on January 26, 2022. The post may be viewed using the following link:

   https://www.linkedin.com/posts/columbuschinesechamber_philip-jiao-resume-activity-6768242823792787456-Dk2W

3. Attached as Exhibit 4 to Cabinets To Go's Response in Opposition to Defendants' Motions to Dismiss is a true and accurate copy of the TEAS Plus Application filed with the United States Patent and Trademark Office on behalf of Valleywood on October 10, 2020. The attached copy was saved on February 23, 2022. The application may also be viewed on the U.S. Patent and Trademark Office's public database via the following link:

TEAS Plus New Application for Valleywood (uspto.report)

4. Attached as Exhibit 5 to Cabinets To Go's Response in Opposition to Defendants' Motions to Dismiss is a true and accurate copy of trade data regarding Valleywood and Haiyan, which was obtained from S&P Global's supply chain intelligence platform, Panjiva, on February 23, 2022. The information may also be accessed using the following links:

Scioto Valley Woodworking Inc., 423 HOPEWELL RD WAVERLY OH WAVERLY OH 45690 UNITED STATES | Buyer Report — Panjiva

Qingdao Haiyan Buyers | Customers of Qingdao Haiyan (US Import Trade Data) — Panjiva

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of February, 2022.

_____
Sarah Laren