# Exhibit 3

# PHILIP JIAN JIAO
2349 McCauley Ct, Columbus, Ohio 43220 • (219)-801-4865 • jiao.167@osu.edu

## EDUCATION

**The Ohio State University Moritz College of Law** — Columbus, OH
*Juris Doctor* Candidate — May 2022
- Ohio State Business Law Journal, Staff Editor
- Student Bar Association, Senator, ABA Rep
- International Law Society, President
- Immigration Law Society, Treasurer
- Moritz Ambassador

**Indiana University** — Bloomington, IN
Bachelor of Arts, College of Arts and Science, with Honors — May 2018
Major: History; Minors: Political Science, Religious Studies
- Indiana University Founders Scholar
- The Hutton Family Study Abroad Scholarship for an exchange semester at University of Kent, U.K.
- Hutton Honors College Extracurricular Programming Board, Event Planning Director
- International Student Ambassador

## PROFESSIONAL EXPERIENCE

**The Ohio State University Office of Compliance and Integrity** — Columbus, OH
Legal Extern — June 2020 - August 2020
- Gained experience on high-level compliance operations and on university compliance systems including Environmental Health & Safety, Information Security, Medical Center, Public Records, and Title IX
- Organized COVID-19 compliance policy for the University's Youth Protection Programs
- Assisted the Affirmative Action/EEO Coordinator on Title VI implementation

**Valleywood Cabinetry** — Waverly, OH
General Manager — May 2018 - August 2019
- Formed the North American branch of my family's business from entity registration to formal operation
- Established business structures including ERP systems, logistics systems, company policies, and sales materials
- Created and updated export and import documents including tariff classifications, customs audits, CARB2, and other compliance licenses
- Successfully applied and received economic development grants from JobsOhio and Appalachian Regional Commission
- Investigated and analyzed Foreign Trade Zone application procedures

**Qingdao Haiyan Group Co., Ltd.** — Qingdao, China
Manufacturing Specialist; International Sales and Sourcing Internship — June - August 2016, 2017, 2018
- Facilitated supplier's cooperation with clients in North America, including Ashely Furniture, Fortune Brands, MASCO, and American Woodmark
- Engaged in the selection and negotiation of the quality, price, and delivery dates of international supplies
- Gained first-hand manufacturing experience on production processes and quality control requirements

## VOLUNTEER EXPERIENCE

**Southeastern Ohio Legal Services** — Athens, OH
Law Clerk — May 2020 - Present
- Conduct legal research on the CARES Act housing policies
- Draft memos to advocate for low-income tenants/homeowners rights to safe housing and utilities

**IRS Volunteer Income Tax Assistance Program** — Columbus, OH
Tax Preparer — December 2020 - Present
- Support and assist free tax preparation service for the underserved for the 2020/21 tax year

## OTHER SKILLS & ACTIVITIES
- Current work authorization through F-1 visa; lawful permanent residency anticipated Spring 2021
- In the process of obtaining the Court Interpreter Certification in Mandarin from the Supreme Court of Ohio
- Enjoy learning home renovation skills and doing home improvement projects during free time