# Exhibit 5

[Panjiva](#)
MENU

- [Panjiva](#)
- Solutions
- Products
- Data
- [Pricing](#)
- [S&P Global](#)
- [Search](#)
- 🌐 En
- [Demo](#) [Request a Demo](#)
- [Sign in](#)

Supply Chain Intelligence about:

# Scioto Valley Woodworking Inc.

Company profile 🇺🇸 United States

**See Scioto Valley Woodworking Inc.'s products and suppliers**

Thousands of companies like you use Panjiva to research suppliers and competitors.

[Request a Demo](#)

## Reveal patterns in global trade

Top countries/regions that supply Scioto Valley Woodworking Inc.
Origin Country/Region

- Malaysia
  51 shipments (64.6%)
- China
  28 shipments (35.4%)



## Easy access to trade data

### U.S. Customs records organized by company

79 U.S. shipments available for Scioto Valley Woodworking Inc., updated weekly since 2007

| Date | Buyer | Supplier | Details | 43 more fields |
|---|---|---|---|---|
| 2022-01-23 | Scioto Valley Woodworking Inc. | Alno Industry Sdn Bhd | FURNITURE FURNITURE | Bill of lading |
| 2022-01-23 | Scioto Valley Woodworking Inc. | Alno Industry Sdn Bhd | FURNITURE FURNITURE FURNITURE | Bill of lading |
| 2022-01-23 | Scioto Valley Woodworking Inc. | Alno Industry Sdn Bhd | FURNITURE FURNITURE | Bill of lading |

Shipment data shows what products a company is trading and more. Learn more

## Explore trading relationships hidden in supply chain data

### Supply chain map



See all 2 suppliers of Scioto Valley Woodworking Inc.

## Contact information for Scioto Valley Woodworking Inc.

### Address
423 HOPEWELL RD WAVERLY OH WAVERLY OH 45690 UNITED STATES

### Top products

1. kitchen cabi net
2. furniture

### Top HS Codes

1. HS 94 - Furniture; bedding, mattresses, mattress supports, cushions and similar stuffed furnishings; lamps and lighting fittings, n.e.c.; illuminated signs, illuminated name-plates and the like; prefabricated buildings
2. HS 44 - Wood and articles of wood; wood charcoal

See more goods shipped on Panjiva

## Sample Bill of Lading

**79 shipment records available**

Date
2022-01-23
Shipper Name
Alno Industry Sdn Bhd
Shipper Address
Plot 37, Furniture Industrial Estate, Jalan Sungai Baong, Sungai Bakap, Penang, Malaysia, 14200
Consignee Name
Scioto Valley Woodworking Inc
Consignee Address
423 HOPEWELL RD WAVERLY OH WAVERLY OH 45690 UNITED STATES
Weight
31900
Weight Unit
KG
Weight in KG
31900.0
Quantity
2160
Quantity Unit
CTN
Shipment Origin
Malaysia
Details
31,900.0 kg
From port: Singapore, Singapore
To port: New York/Newark Area, Newark, New Jersey
Place of Receipt
Penang
Foreign Port of Lading
Singapore, Singapore
U.S. Port of Unlading
New York/Newark Area, Newark, New Jersey
U.S. Destination Port
New York/Newark Area, Newark, New Jersey
Commodity
FURNITURE FURNITURE
Container
BMOU4651255
TCNU7178812
Carrier Name
TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC
Vessel Name
GSL GRANIA
Voyage Number
150W
Bill of Lading Number
TOPOPENSFOLB4436
Master Bill of Lading Number
MEDUP9473315
Lloyd's Code
9285653

| Buyers of similar products | Suppliers of similar products | Buyers similar to Scioto Valley Woodworking Inc. |
|---|---|---|
| - kitchen cabi net buyers<br>- furniture buyers | - kitchen cabi net manufacturers<br>- furniture manufacturers | - C C V Inc.<br>- Patricio Ext 215 Isf |

**Thousands of companies use Panjiva to research suppliers and competitors**

Request a Demo

- Solutions
- Buyers
- Suppliers
- Logistics
- Governments
- Analysts

- Products
- Panjiva Platform
- S&P Capital IQ Pro
- Xpressfeed™
- Technology

- Data
- United States
- Brazil
- Central & South America
- India
- Pakistan
- Panjiva Research

- Company
- Blog
- Press
- Contact
- Jobs

55 Water Street, 42nd Floor
New York, NY 10041

Request a demo

- **English**
- Español
- 中文

- Terms of Use

- [Sitemap](#)
- [Privacy Policy](#)
- [Cookie Notice](#)
- [Cookie Settings](#)
- [Do Not Sell My Personal Information](#)

© 2022 S&P Global

[Panjiva](#)
MENU

- [Panjiva](#)
- Solutions
- Products
- Data
- [Pricing](#)
- [S&P Global](#)
- [Search](#)
- En
- [Demo](#) [Request a Demo](#)
- [Sign in](#)

qingdao haiyan

- 🔒 [Suppliers 3](#)
- 🔒 [Buyers 10](#)
- [Trends](#)
- [Shipments](#)

Access to search filters requires a Panjiva subscription – [Sign Up](#) – Preview

- 
- 
- 
- 

- 
- 
- 
- 

- 
- 
- 
- 

- 
- 
- 
- 

# Buyers of qingdao haiyan

[Set Alerts](#)
[Save Search](#)

[Export Results]

10 results matching **qingdao haiyan**
Did you mean **qingdao "hai yan"**?

Sort by relevance

## American Woodmark Corp.

Stoneville, North Carolina, United States Manufacturer

**428 shipments** match qingdao haiyan

2.0k shipments total
QINGDAO HAIYAN DROUOT HOUSEHOLD CO…Qingdao Haiyan Brouot Household Co.

## Scioto Valley Woodworking Inc.

Waverly, Ohio, United States Manufacturer

**28 shipments** match qingdao haiyan

79 shipments total
QINGDAO HAIYAN DROUOT HOUSEHOLD CO.…Qingdao Haiyan Brouot Household Co.

## Masco Cabinetry

United States Has employee contact information

**21 shipments** match qingdao haiyan

1.7k shipments | 3.5k shipments when including subsidiaries
Qingdao Haiyan Group Co., Ltd.

## Flexsteel Industries Inc.

United States Manufacturer Has employee contact information

**14 shipments** match qingdao haiyan

29k shipments | 39k shipments when including subsidiaries
QINGDAO HAIYAN DROUOT HOUSEHOLD CO.…Qingdao Haiyan Brouot Household Co.

## Cabinets To Go

United States Has employee contact information

**15 shipments** match qingdao haiyan

15k shipments total
QINGDAO HAIYAN DROUOT HOUSEHOLD CO.…Qingdao Haiyan Brouot Household Co.

See all 10 results with a Panjiva subscription

Sign Up

# American Woodmark Corp.

Kingman, Arizona, United States Manufacturer Has employee contact information

**7 shipments** match qingdao haiyan

386 shipments total
Qingdao Haiyan Brouot Household Co.

# 6 Square Cabinets

United States Has employee contact information

**3 shipments** match qingdao haiyan

407 shipments total
QINGDAO HAIYAN DROUOT HOUSEHOLD CO.…Qingdao Haiyan Brouot Household Co.

# Academy, Ltd.

United States Retail Has employee contact information

**1 shipment** matches qingdao haiyan

6.3k shipments total
...LT NO. 1400 YANJIA ROAD HAIYAN SECTION, YUANTONG STREET, HAIYAN COUNTY...XIWANG TOWER, 138 DUNHUA ROAD, QINGDAO, SHANDONG 266034, CHINA 2ND ACADEMY...

# Magickwood Ltd.

United States

**1 shipment** matches qingdao haiyan

562 shipments total
Qingdao Haiyan Group Co., Ltd.

# David Bromley Engineering Ltd.

Calgary, Alberta, Canada

**1 shipment** matches qingdao haiyan

1 shipment total
Qingdao Haiyan Environmental Techni

The companies listed above have not approved or sponsored Panjiva's provision of any of the information in these search results. These results are derived from various public and private data sources. These results have not been confirmed by Panjiva and are provided on an "AS IS" basis, as further described in [Panjiva's Terms and Conditions of Use](#) and [Panjiva's Transparency Policy](#). Your use of the information provided in these results is subject in all respects to those Terms and Conditions of Use.

- Solutions
- [Buyers](#)
- [Suppliers](#)
- [Logistics](#)
- [Governments](#)
- [Analysts](#)

- Products
- [Panjiva Platform](#)
- [S&P Capital IQ Pro](#)
- [Xpressfeed™](#)
- [Technology](#)

- Data
- [United States](#)
- [Brazil](#)
- [Central & South America](#)
- [India](#)
- [Pakistan](#)
- [Panjiva Research](#)

- Company
- [Blog](#)
- [Press](#)
- [Contact](#)
- [Jobs](#)

55 Water Street, 42nd Floor
New York, NY 10041

[Request a demo](#)

- **English**
- [Español](#)
- [中文](#)

- [Terms of Use](#)
- [Sitemap](#)
- [Privacy Policy](#)
- [Cookie Notice](#)
- [Cookie Settings](#)
- [Do Not Sell My Personal Information](#)

© 2022 S&P Global