# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD (青岛海燕置业集团有限公司), QINGDAO DROUOT WOOD INDUSTRY CO. LTD (青岛德鲁奥木业有限公司), ALNO INDUSTRY SDN BHD, and SCIOTO VALLEY WOODWORKING, INC., doing business as VALLEYWOOD CABINETRY,<br><br>Defendants. | Case No. 3:21-cv-00711<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## NON-PARTY MOTION TO QUASH SUBPOENA DIRECTED TO JIAN "PHILIP" JIAO TO TESTIFY AT DEPOSITION AND TO PRODUCE DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 45(d) and 26(c), non-party, Jian "Philip" Jiao, Esq. ("Mr. Jiao"), by and through counsel, moves to quash the Subpoena to Testify at a Deposition in a Civil Action ("Subpoena for Deposition") issued on January 11, 2023 by Plaintiff, Cabinets To Go, LLC ("Cabinets To Go"), commanding Mr. Jiao's appearance for a deposition on February 16, 2023, at 10:00 a.m., and to produce records subject to a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil action ("Subpoena for Documents") (together, the "Subpoenas")by February 1, 2023, at 10:00 a.m. Counsel for Cabinets To Go and Haiyan met and conferred on January 26, 2023 on this issue and were not able to resolve the dispute.

First, Cabinets To Go's Subpoenas request testimony, documents, and information which far exceeds the scope of any remaining issues in this litigation and relate to issues about which Mr. Jiao does not have any personal knowledge. Second, any knowledge Mr. Jiao has related to the remaining issues in the litigation comes solely from his role as an employee of counsel for the Defendant, Qingdao Haiyan Real Estate Group Co., LTD ("Haiyan"), therefore his testimony and any records responsive to the Subpoenas are protected under the attorney work product doctrine and attorney client privilege. Third, any knowledge related to the scope of issues for trial can be obtained from other third-party or party witnesses. And fourth, Mr. Jiao did not receive service of the Subpoenas as required by Fed. R. Civ. P. 45(b). For all of these reasons, the Court should quash the Subpoenas, or alternatively, enter a protective order protecting Mr. Jiao from giving a deposition and producing documents, and grant such other and further relief as the Court deems just and proper.

A Memorandum in Support of this Motion is being filed contemporaneously.

Dated: January 27, 2023

Respectfully submitted,

/s/*Michael K. Alston*
Michael K. Alston | TN. Bar No. 013697
Madeline E. Leonard Phifer | TN. Bar. No. 038620
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Phone: (423) 266-5500
Fax: (423) 266-5499
Michael.Alston@huschblackwell.com
Madeline.LeonardPhifer@huschblackwell.com

Juan Jose Perez, *pro hac vice*
Rebecca J. Johnson, *pro hac vice*
Perez & Morris, LLC
8000 Ravine's Edge Ct., Ste 300
Columbus, Ohio 43235
Phone: (614) 431-1500
Fax: (614) 431-3885
jperez@perez-morris.com
rjohnson@perez-morris.com

*Attorneys for Defendant, Qingdao Haiyan Real Estate Group Co. Ltd. And Third-party Witness Jian "Philip" Jiao*

# CERTIFICATE OF SERVICE

I do hereby certify the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202
Brandon.mcgrath@dentons.com

Charles E. Dorkey, III
Denton US LLP
1221 Avenue of the Americas
New York, NY 10020
charles.dorkey@dentons.com

H. Buckley Cole (BPR #11811)
PEPPER LAW, PLC
1801 West End Avenue, Suite 80
Nashville, TN 37203
bcole@pepperlawplc.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
sarah.laren@dentons.com

This the 27th day of January 2023.

/s/Michael K. Alston
Michael K. Alston