UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD (青岛海燕置业集团有限公司), QINGDAO DROUOT WOOD INDUSTRY CO. LTD (青岛德鲁奥木业有限公司), ALNO INDUSTRY SDN BHD, and SCIOTO VALLEY WOODWORKING, INC., doing business as VALLEYWOOD CABINETRY,<br><br>Defendants. | Case No. 3:21-cv-00711<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

**JOINT DISCOVERY DISPUTE STATEMENT**

In compliance with Local Rule 37.01, non-party Scioto Valley Woodworking, Inc., d/b/a Valleywood Cabinetry ("Valleywood"), and Cabinets To Go, LLC ("Plaintiff" or "CTG") (together, the "Parties") submit this Joint Discovery Dispute Statement. The Parties certify that they conferred in good faith in an effort to resolve by agreement the issues raised below.

I. **Issue 1: Plaintiff's Subpoena to Testify at a Deposition in a Civil action ("Subpoena for Deposition") directed to Wei Wei Wang ("Ms. Wang").**

On or about January 13, 2023, CTG served Ms. Wang a Subpoena for Deposition, attached to the Memorandum as **Exhibit 1**, requiring Ms. Wang present for deposition on February 15, 2023, at 10:00 a.m.

A. **Plaintiff's Position.**

1

[To be submitted separately by Cabinets To Go.]

**B. Valleywood's Position.**

As a preliminary matter, counsel for Valleywood met and conferred with CTG's counsel on Thursday, January 26, 2023, at 1:30 p.m., in a good faith effort to address the issues stated herein. CTG will submit its position separately early next week.

Plaintiff filed this case on September 14, 2021 (Case File No. 1). Initially, there were four named Defendants (i.e., Qingdao Haiyan Real Estate Group Co., LTD ("Haiyan"), Qingdao Drouot Wood Industry Co., LTD ("Drouot"), Alno Industry SDN BHD ("Alno"), and Valleywood. On June 6, 2022, this Court held that it does not have personal jurisdiction over Valleywood, Drouot, or Alno, and granted their motions to dismiss (Case File No. 71). Valleywood is no longer a party to this litigation because the Court found that none of the facts at issue here relate to Valleywood in any way. (Case File No. 71, Page 10).

Ms. Wang's Subpoena for Deposition should be quashed in its entirety because Ms. Wang lacks knowledge of the underlying facts of the case. It is inappropriate to depose a witness who has no personal knowledge of the facts of a case and cannot provide relevant testimony. *Anwar v. Dow Chem. Co.*, 876 F.3d 841, 854 (6th Cir. 2017). This litigation is about disputes between CTG and *Haiyan*. Ms. Wang is the Financial and Administrative Manager for Valleywood and has been employed with Valleywood from July 2019 to the present. Declaration of Ms. Wang. This Court has already held that Valleywood is irrelevant to the facts and circumstances surrounding this litigation. (Case File No. 71, Page 10).

As a Valleywood employee, Ms. Wang has no direct knowledge of any contracts and/or agreements between CTG and Haiyan. Declaration of Ms. Wang. Ms. Wang can provide no

substantive testimony with respect to the importation of products or payment of tariffs in this litigation. Declaration of Ms. Wang.

Finally, Ms. Wang's Subpoena for Deposition should be quashed in its entirety because CTG can obtain the information it seeks from other sources and other less burdensome means. "[T]he Court must consider not only the burden to [the deponent] but also the necessity for the deposition and whether the same information can be obtained from other sources." *HCP Laguna Creek CA, LP v. Sunrise Senior Living Mgmt., Inc.*, No. 3-10-0220, 2010 WL 890874, at *3 (M.D. Tenn. Mar. 8, 2010). As a Valleywood employee, Ms. Wang cannot provide any testimony about Haiyan that could not also be provided more fully by Haiyan's Senior International Business Manager, Sabrina Leeis, or Haiyan's former account executive, Amanda Li. Both of these individuals are Haiyan employees with substantial knowledge about its relationship with CTG and the facts at issue in this litigation. Any testimony that Ms. Wang could provide, if any, would be duplicative of testimony to be elicited from Haiyan's own employees. For these reasons, the Subpoena for Deposition is unduly burdensome and should be quashed in its entirety.

Dated: January 27, 2023              Respectfully Submitted by:

_____          /s/ Richard C. Mangelsdorf, Jr._____
V. Brandon McGrath                   Richard C. Mangelsdorf, Jr., BPR #012707
Dentons Bingham Greenebaum LLP       Matthew T. Byron, BPR #037514
312 Walnut Street, Suite 2450        McAngus Goudelock & Courie, LLC
Cincinnati, OH 45202                 Post Office Box 2949 (37024)
Brandon.mcgrath@dentons.com          120 Brentwood Commons Way, Suite 625
                                     Brentwood, TN 37027
                                     Telephone: (615) 499-7281
                                     Chuck.mangelsdorf@mgclaw.com
                                     Matt.byron@mgclaw.com
                                     *Attorneys for non-party Scioto Valley Woodworking, Inc. d/b/a Valleywood Cabinetry*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, OH 45202
Brandon.mcgrath@dentons.com

H. Buckley Cole
Pepper Law, PLC
1801 West End Avenue, Suite 850
Nashville, TN 37203
bcole@pepperlawplc.com

Michael K. Alston
Madeline Leonard Phifer
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
Michael.alston@huschblackwell.com
madeline.leonardphifer@huschblackwell.com

Charles E. Dorkey, III
Denton US LLP
1221 Avenue of the Americas
New York, NY 10020
charles.dorkey@dentons.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
sarah.laren@dentons.com

Juan Jose Perez
Rebecca J. Johnson
Perez Morris, LLC
8000 Ravine's Edge Ct., Suite 300
Columbus, Ohio 43235
Telephone: 614.431.1500
jperez@perez-morris.com
rjohnson@perez-morris.com

This 27th day of January 2023.

/s/Richard C. Mangelsdorf, Jr.
Richard C. Mangelsdorf, Jr.