# EXHIBIT 1

| From: | vivian [vivian@haiyanwoodworking.com] |
|---|---|
| Sent: | 6/29/2019 5:54:23 AM |
| To: | Jill Witter [jwitter@parkstm.com] |
| CC: | 'Chelsea Fossum' [chelsea@thezestlab.com] |
| Subject: | 答复: Application to request to exclude particular products from the Section 301 |

Hi Jill,

Thank you for your e-mail, understand the situation, we just want to do anything if it is possible to reduce the CTG's import cost.

Keep in touch!

All the best regards.

Vivian

发件人: Jill Witter [mailto:jwitter@parkstm.com]
发送时间: 2019年6月28日 20:53
收件人: vivian
抄送: Chelsea Fossum
主题: RE: Application to request to exclude particular products from the Section 301

Vivian:

We are aware of this, and are taking a stab at it. However, you should be aware that we do not believe there is much chance of getting an exemption for cabinets. Exemptions are extremely difficult to get and are generally only available when there is a shortage of the product in the US. We don't believe there will be much support for that argument, particularly in light of the anti-dumping petition.

Jill

Jill Witter
Chief Legal Officer
TS Family Office | Cabinets-to-Go | Talon Floors | Gracious Home | Park Street Management | F9 Properties

844 Alton Road, Miami Beach, FL 33139
972-310-1449| jwitter@parkstm.com

*This transmittal and/or attachments from Jill Witter may be a confidential attorney-client communication or may otherwise contain privileged and/or confidential information that is protected from disclosure. The content is intended for the addressee(s) only. If you are not an addressee, please do not review, disseminate, distribute, print or copy this transmittal and/or attachments, in whole or in part, and note that any disclosure, copy, distribution, or use of the content of this message (including any attachments) is strictly prohibited. If you suspect that you have received this electronic message in error, please notify the sender by telephone or email, and immediately destroy this message and all of its attachments, if any. I apologize for any inconvenience and appreciate your prompt cooperation. Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.*

**From:** vivian <vivian@haiyanwoodworking.com>
**Sent:** Thursday, June 27, 2019 8:38 PM
**To:** 'Chelsea Fossum' <chelsea@thezestlab.com>; Jill Witter <jwitter@parkstm.com>; 'jillwitter' <jillwitter@verizon.net>
**Subject:** Application to request to exclude particular products from the Section 301

Hi Chelsea and Jill,

We received the following notice from China forest union last night, hope you already know of this.

CONFIDENTIAL  CTG-001132

The US government give the chance for US importer to apply for excluding particular products from the Section 301.
Please read and try about it if possible.

Thank you and best regards.

Vivian

**OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE**

[Docket Number USTR–2019–0005]

**Procedures for Requests To Exclude Particular Products From the September 2018 Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation**

**AGENCY:** Office of the United States Trade Representative.

**ACTION:** Notice and request for comments.

**SUMMARY:** In a notice published on May 9, 2019, the United States Trade Representative (Trade Representative) announced that the Office of the U.S. Trade Representative (USTR) would establish a process by which U.S. stakeholders may request exclusion of particular products classified within a tariff subheading covered by the September 2018 action in this investigation from the additional duties. This notice announces that USTR will open an electronic portal for submission of exclusion requests on June 30, 2019, and sets out the specific procedures for submitting requests.

https://ustr.gov/sites/default/files/enforcement/301Investigations/Procedures_for_Requests_to_Exclude_Particular_Products_from_the_September_2018_Action.pdf

CONFIDENTIAL                                                                                                                    CTG-001133