# EXHIBIT 2

| From: | 郑伟 [vivian@haiyanwoodworking.com] |
|---|---|
| Sent: | 11/6/2019 3:16:49 AM |
| To: | Jason Delves [jdelves@cabinetstogo.com]; 李蕾 [sabrina@haiyanwoodworking.com]; Jill Witter [jwitter@parkstm.com] |
| CC: | Sara Valencia [sara.v@cabinetstogo.com]; Nancy Boderman [nancy.boderman@cabinetstogo.com] |
| Subject: | 回复：回复：Plywood for Malaysian factory |

Hi Jill,

We understand your meaning. We are buying the plywood produced in Vietnam, and ship from Vietnam to Malaysia.
The plywood is not from China. The only problem is the the current purchasing cost of Vietnam plywood is higher than Chinese plywood.

Best regards.

Vivian

---
发件人：Jill Witter <jwitter@parkstm.com>
发送时间：2019年11月6日(星期三) 10:31
收件人:郑伟 <vivian@haiyanwoodworking.com>; Jason Delves <jdelves@cabinetstogo.com>; 李蕾 <sabrina@haiyanwoodworking.com>
抄　送:Sara Valencia <sara.v@cabinetstogo.com>; Nancy Boderman <nancy.boderman@cabinetstogo.com>
主　题：Re: 回复:Plywood for Malaysian factory

Vivian. There seems to be a misunderstanding. We cannot and will not accept plywood from China.

Jill

Get Outlook for iOS

---
**From:** 郑伟 <vivian@haiyanwoodworking.com>
**Sent:** Tuesday, November 5, 2019 8:29:20 PM
**To:** Jason Delves <jdelves@cabinetstogo.com>; 李蕾 <sabrina@haiyanwoodworking.com>; Jill Witter <jwitter@parkstm.com>
**Cc:** Sara Valencia <sara.v@cabinetstogo.com>; Nancy Boderman <nancy.boderman@cabinetstogo.com>
**Subject:** 回复：Plywood for Malaysian factory

Hi Jill,
Thank you very much for your quick reply, well noted, we will buy the plywood out of China.

Best regards.

Vivian

---
发件人：Jill Witter <jwitter@parkstm.com>
发送时间：2019年11月5日(星期二) 06:08

CONFIDENTIAL                                                                                          CTG-001173

收件人：Jason Delves <jdelves@cabinetstogo.com>; 郑伟 <vivian@haiyanwoodworking.com>; 李蕾 <sabrina@haiyanwoodworking.com>
抄　送：Sara Valencia <sara.v@cabinetstogo.com>; Nancy Boderman <nancy.boderman@cabinetstogo.com>
主　题：RE: Plywood for Malaysian factory

Vivian:  Jason forwarded you email to me.  Unfortunately, the plywood from China will still be subject to all the same duties that would be incurred if the plywood was shipped to the US.  Because of this, we are unable to accept product with Chinese plywood.


Jill


Jill Witter

Chief Legal Officer

TS Family Office | Cabinets-to-Go | Talon Floors | Gracious Home | Park Street Management | F9 Properties


844 Alton Road, Miami Beach, FL 33139

972-310-1449| jwitter@parkstm.com

*This transmittal and/or attachments from Jill Witter may be a confidential attorney-client communication or may otherwise contain privileged and/or confidential information that is protected from disclosure. The content is intended for the addressee(s) only. If you are not an addressee, please do not review, disseminate, distribute, print or copy this transmittal and/or attachments, in whole or in part, and note that any disclosure, copy, distribution, or use of the content of this message (including any attachments) is strictly prohibited.  If you suspect that you have received this electronic message in error, please notify the sender by telephone or email, and immediately destroy this message and all of its attachments, if any. I apologize for any inconvenience and appreciate your prompt cooperation.  Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.*



CONFIDENTIAL

CTG-001174

**From:** 郑伟 <vivian@haiyanwoodworking.com>
**Sent:** Saturday, November 2, 2019 4:47 AM
**To:** Sara Valencia <sara.v@cabinetstogo.com>; 'Jill Witter' <jillwitter@verizon.net>; Jason Delves <jdelves@cabinetstogo.com>; Nancy Boderman <nancy.boderman@cabinetstogo.com>
**Cc:** 李蕾 <sabrina@haiyanwoodworking.com>
**Subject:** Plywood for Malaysian factory

Hi Jason,

There is an idea just came out to my mind. There is one cause of price increase of the products which ship out from Malaysia is plywood's cost increase.

We are buying plywood from Vietnam now, and the price is higher than Chinese plywood.

There is an legual question we need to make clear which is related to our cost and your purchasing price.

Can we use the plywood from China?

It means we buy plywood from China, the cost will be the current plywood cost plus shipping and relates costs, it will be cheaper than we buy from Vietnam.

Our concerns are as follows,

Plywood material (4'x8' sheet) ship from China to US is subject to anti-dumping.

The plywood carcass parts ship from China to US is subject to anti-dumping.

RTA kitchen cabinets ship from China to US is subject to anti-dumping.

But is it legually for us to buy plywood material from China, do processe in Malaysia , produce into carcass parts, packing with face front components (door , drawer fronts, frames, drawer boxes) ,and ship to US.

CONFIDENTIAL
CTG-001175

If it is not subject to Anti-dumping, we may bring the price some percentage down.

Please discuss with Jill about it .

Look forward to hearing from you soon.

Thank you and best regards.

Vivian Zheng

Qingdao Haiyan Group

CONFIDENTIAL

CTG-001176