# EXHIBIT 5

| From: | Kim Surber [KSurber@cabinetstogo.com] |
|---|---|
| Sent: | 12/31/2019 8:56:29 AM |
| To: | 郑伟 [vivian@haiyanwoodworking.com]; 李蕾 [sabrina@haiyanwoodworking.com] |
| CC: | Jill Witter [jwitter@parkstm.com]; CTG Compliance [Compliance@cabinetstogo.com] |
| Subject: | Updated Supplier Manual - Booking Process |
| Attachments: | Supplier Manual.pdf |

Hi Vivian / Sabrina -

I am attaching our updated supplier manual for your reference to include the following revisions:

- Pg. 16 - added some more information on the shipping requirements - container packing section
- Pg. 17 - added a section on the booking process

As you start booking out of Malaysia, we want to make sure that there will be no space issues on the vessels. Our freight forwarder recommends booking 14 days before cargo ready date.

If you have any questions, please let me know.

Thanks,

**Kim Surber**
*Manager Customs Compliance & Process Development*

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
(931) 321-0303
Cell (901) 210-0592



Visit us at: www.cabinetstogo.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (931) 321-0303 or electronically by return message, and delete or destroy all copies of this communication.

CONFIDENTIAL                                                                    CTG-001244