# EXHIBIT 6

| From: | Alex Hughes [ahughes@cabinetstogo.com] |
|---|---|
| Sent: | 1/3/2021 9:04:49 PM |
| To: | Sabrina Lee [sabrina@haiyanwoodworking.com] |
| CC: | Fred Poggemeyer [fpoggemeyer@cabinetstogo.com]; Jason Delves [jdelves@cabinetstogo.com]; '矫健 Jiao' [pjiao@haiyanwoodworking.com] |
| Subject: | RE: Annual Business Agreement and Master Supply Agreement |

Hi Sabrina,

We will have feedback returned to you this week.

Alex

**From:** sabrina <sabrina@haiyanwoodworking.com>
**Sent:** Monday, December 28, 2020 6:22 AM
**To:** Alex Hughes <ahughes@cabinetstogo.com>
**Cc:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>; '矫健 Jiao' <pjiao@haiyanwoodworking.com>
**Subject:** 答复: Annual Business Agreement and Master Supply Agreement

Dear Alex,

Thank you for sending us the draft of the Cabinets To Go Master Supply and Purchase Agreement (hereinafter the Agreement). We have reviewed it carefully over the last several days.

We had always believed that a supply agreement needs to be established on the bases of mutual-benefit and win-win cooperation. A good agreement should help CTG obtain more sales and good customer feedbacks, and it should also ensure that supplier could provide satisfactory and stable services. Unfortunately, this Agreement would not help to achieve such purposes.

Due to the policy changes in the US, Haiyan opened a plant in Malaysia to mitigate the additional fees and continue to provide services for our clients in the US. Because Haiyan believes that the continuation and stableness of supply chain is crucial to our long-term clients, Haiyan invested a great amount of capital, machinery, and sent many experienced supervisors to the new Malaysian plant. The Malaysian plant is at its initial year of formal operation and requires on-time payment to purchase raw materials and hardware. At the most difficult beginning phase of the new plant, CTG withdrew the 15% deposit. This Agreement further proposed full payment net 30 days after receipt in Lawrenceburg. From the other terms of this Agreement, attachment A and B, we unfortunately do not see the spirit of cooperation.

The purchase value in 2019 is $12531300.73, The 2020 value of goods is $9510871.79, The value of the goods decreased by 32%.

First, for the payment terms, We still insist on the original old terms of payment -- **BOL + 14 days 100% payment**, Now, the delivery cycle from purchasing raw materials to the production and delivery of the factory in Malaysia is one to two months longer than the original delivery time from China ( The delivery time: 60 days from China to The United States, But 90-120 days from Malaysia to the United States), that is, the original auxiliary materials and payment for goods are one month longer than before in China to Malaysia to the United States. We have already endured the resulting payment days delay and cannot afford a longer payment days. We do not agree (1% 10, Net 30 from arrival Lawrenceburg) that the goods will be paid within 10 days after arrival at CTG Lawrenceburg warehouse -- a 1% discount will be given, and the goods will be 100% paid within 30 days after arrival at Lawrenceburg.

Second, In 2020,five new projects of AB HP SHH WW and WG were newly developed. We have provided free samples of RTA and Door-samples. For the Store Leadership Summit,Volume Rebate Program,Store Display, Marketing Rebate, New Store Support, Vendor Product Photo Shoot. We can't give any more other help.

CONFIDENTIAL

CTG-001682

Third, Spare parts, If it is the quality problem of our products, we will provide free replacement parts, But we need to charge the cost by reason of the damage caused in the process of consumer assembly or transportation, You need to provide pictures of defective products.

Best wishes for you!

Sabrina Lee
HY MAL

---

发件人：Alex Hughes [mailto:ahughes@cabinetstogo.com]
发送时间：2020年12月14日 21:47
收件人：Sabrina Lee
抄送：Fred Poggemeyer; Jason Delves
主题：RE: Annual Business Agreement and Master Supply Agreement

---

**From:** sabrina <sabrina@haiyanwoodworking.com>
**Sent:** Monday, December 14, 2020 8:21 AM
**To:** Alex Hughes <ahughes@cabinetstogo.com>
**Cc:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>
**Subject:** 答复: Annual Business Agreement and Master Supply Agreement

Dear Alex,

There are a lot of contents about your agreement, and there are many problems to be confirmed, so you need to give us a few days to discuss and give you a reply.
Please help to explain the following two questions:

1）Payment Terms：<span style="color:red">1% 10, Net 30 from arrival Lawrenceburg？</span>；

**100% product to be paid for upon arrival to our Lawrenceburg, Tn warehouse. We would receive a 1% discount for paying within 10 days of arrival. We guarantee payment within 30 days of arrival.**

2）Cabinet to Go has increased comp and total company sales despite Covid-19 related setbacks in 2020. We plan to grow with the assistance of key partners in 2021. The volume rebates below will be taken based on significant increases in purchases from your company, which we feel are achievable.

<span style="color:red">+ 10% to LY: 1% Rebate？
+ 20 to LY: 2% Rebate？
+ 30% to LY: 3% Rebate？</span>

**LY= Last year
If we increase purchases with Haiyan by 10% or more, we receive a 1% rebate. This continues up to if we increase purchases by 30%, and receive a 3% rebate.
This is for the calendar year 2021 vs. 2020.**

The above rebates will be taken annually, beginning January 2021, and will be based on total purchases from Haiyan.

Thank you!

Sabrina Lee
HY MAL

CONFIDENTIAL

CTG-001683

发件人： Alex Hughes [mailto:ahughes@cabinetstogo.com]
发送时间：2020年12月11日 21:44
收件人：Sabrina Lee
抄送：Fred Poggemeyer; Jason Delves
主题：RE: Annual Business Agreement and Master Supply Agreement

Hi Sabrina,

Thank you for the communication. I will wait for your comments this weekend.

Alex

**From:** sabrina <sabrina@haiyanwoodworking.com>
**Sent:** Friday, December 11, 2020 8:17 AM
**To:** Alex Hughes <ahughes@cabinetstogo.com>
**Cc:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>
**Subject:** 答复: Annual Business Agreement and Master Supply Agreement

Dear Alex,

There is a government meeting about import and export trade today, Because I need to check your e-mail information. so I will reply to your email before Monday.
I am sorry. Hope you can understand. Thank you!

Sabrina Lee
HY MAL

发件人： Alex Hughes [mailto:ahughes@cabinetstogo.com]
发送时间：2020年12月10日 22:44
收件人：Sabrina Lee
抄送：Fred Poggemeyer; Jason Delves
主题：Annual Business Agreement and Master Supply Agreement

Sabrina,

Thank you for joining us on a conference call today. Attached are the Master Supply Agreement and Annual Business agreement. I would like to provide an overview of these documents as a part of our call agenda.

First, we will review the Master Supply Agreement. Then, we will go in to the detail of the Annual Business Agreement. We are happy to answer any questions you may have during the meeting, or at a later date, when you have had a chance to review the documents. Cabinets To Go management was intentional about keeping the Supplier Agreement both reasonable and concise. The terms included in the Annual Business Agreement were determined based on the expenses needed to market, train and display cabinet collections from Haiyan.

Thank you,

Alex Hughes
Director of Merchandising
Cell: (410) 924-2367



CONFIDENTIAL

CTG-001684

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 952-210-7824 or electronically by return message, and delete or destroy all copies of this communication.

CONFIDENTIAL

CTG-001685