# EXHIBIT 7

# SKU: Suspected Incoming Finished Good from Haiyan China (Updated)

Today, 27th July 2021, QC inspector for Haiyan have witnessed incoming container **TCNU2724675** to Haiyan. Received consignment note stating the container were imported from Qingdao, China to Butterworth, Penang and then to Alno Industry (Haiyan MY). Please see attachment below.



Consignment Note

This was done during lunchtime as there wasn't any person in charge available, so inspector manage to take some pictures of the items in the container which consist of SKU for **PO77884(Hampton Pewter)**. Please see picture below.

CONFIDENTIAL CTG-000775



CONFIDENTIAL

CTG-000776



Haiyan did not do any unloading at the point of time. After inspector manage to take a few pictures, they pulled the container away to be placed elsewhere. Please see video below. The container number is





Please double click to watch the video.

On another note, inspector talked to the on-site operators, learnt that if there's no "Made in Malaysia" word printed on the box, below barcode, the product is directly from China. For those that with "Made in Malaysia" word printed, indicates that the product is produce in Haiyan MY facility. Please see picture below as reference.



With printed wording

CONFIDENTIAL CTG-000778


Without printed wording

CONFIDENTIAL CTG-000779