# EXHIBIT 9


CONFIDENTIAL

CTG-000782

# SKU: Suspected Incoming Finished Good from Haiyan China (Updated 2.0)

Today, 5th August 2021, the Benchmark QC Inspector at Haiyan MY have found the PO77884 unloaded in their warehouse. So far only 2 SKU found from PO77884 which is (SBA36HP and WD2430HP). Which is the same carton of boxes inspector saw during the arrival of the container. Please see below picture for your reference.



The Inspector was unable to get more pictures, as the person in charge of Haiyan MY have been following the inspector around and informed the inspector that their company rule we're not allow to take any pictures. Below attached with company rules that was presented to me last week on 31st July 2021, when inspector started to walk around between warehouses.

CONFIDENTIAL

CTG-000783

## Announcement

In consideration of the health of the employees during the COVID-19 pandemic, we have to limit the activities in our factory, so as to control the risk of pandemic spread.

1. No visitor is allowed in during pandemic time.

2. For visitors, it is only allowed in during the agreed visiting time and strictly follow factory Standard Operating Procedures

3. The visitor only can have the activity in the allowed area, and the visitor need to be accompanied by our employee if they need to visit the production area. Visitor are prohibited to take photo without the permission of the authority

4. All employees need to abide by the SOP regarding the COVID-19 pandemic.

Hope all departments and employees could unite as one during this special time. Health and Stay Safe is the most important thing.

*[Stamp: ALNO INDUSTRY SDN. BHD., Company No 219391-D]*

Attached below with the map of Haiyan factory for clearer visualization.

CONFIDENTIAL                                                                                                              CTG-000784



CONFIDENTIAL CTG-000785