# EXHIBIT 12

Case 3:21-cv-00711    Document 126-12    Filed 04/07/23    Page 1 of 5 PageID #: 934

| * | Date | Line ID | PO # | Name | Memo | Item | Quantity | Expected Receipt Date | Amount | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| * | 11/9/2020 | 0 | PO65997 | HY MAL HAIYAN - MALAYSIA | GREY WALL 09X30 | | | | 60,620.87 | Pending Receipt |
| * | 11/9/2020 | 0 | PO65998 | HY MAL HAIYAN - MALAYSIA | GREY WALL 21X42 | | | | 60,177.48 | Pending Receipt |
| * | 11/9/2020 | 0 | PO65999 | HY MAL HAIYAN - MALAYSIA | GREY BASE 30 | | | | 66,456.98 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66000 | HY MAL HAIYAN - MALAYSIA | GREY WALL 30X36 | | | | 59,358.28 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66001 | HY MAL HAIYAN - MALAYSIA | VANITY SB30 GREY | | | | 56,155.32 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66002 | HY MAL HAIYAN - MALAYSIA | GREY 3-DWR BASE 12 | | | | 72,939.67 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66003 | HY MAL HAIYAN - MALAYSIA | GREY WALL 24X30 | | | | 6,357.10 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66004 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE WALL ANGLE 12X30 | | | | 57,863.61 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66007 | HY MAL HAIYAN - MALAYSIA | GREY 33 LAZY SUSAN | | | | 47,211.11 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66008 | HY MAL HAIYAN - MALAYSIA | GREY 3-DWR BASE 15 | | | | 61,074.92 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66009 | HY MAL HAIYAN - MALAYSIA | GREY ANGLED WALL 12X30 | | | | 65,086.14 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66010 | HY MAL HAIYAN - MALAYSIA | GREY 3-DWR BASE 30 | | | | 64,268.69 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66011 | HY MAL HAIYAN - MALAYSIA | GREY 3-DWR BASE 36 | | | | 61,446.65 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66012 | HY MAL HAIYAN - MALAYSIA | GREY BASE 18 | | | | 70,691.91 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66013 | HY MAL HAIYAN - MALAYSIA | GREY BASE 09 | | | | 61,388.27 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66014 | HY MAL HAIYAN - MALAYSIA | GREY WALL DIAG 24X36 | | | | 68,753.83 | Pending Receipt |
| * | 11/9/2020 | 0 | PO66015 | HY MAL HAIYAN - MALAYSIA | VANITY DC18 GREY | | | | 111,613.84 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67791 | HY MAL HAIYAN - MALAYSIA | SHELF - ANGLE BASE 24 " (EAC | | | | 0.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67792 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL | | | | 0.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67793 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL | | | | 0.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67794 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL | | | | 1,626.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67795 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL | | | | 0.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67796 | HY MAL HAIYAN - MALAYSIA | CB DOOR TO DOOR PIANO HINGE | | | | 0.00 | Pending Receipt |
| * | 12/10/2020 | 0 | PO67797 | HY MAL HAIYAN - MALAYSIA | SHELF | | | | 0.00 | Pending Receipt |
| * | 12/18/2020 | 0 | PO68434 | HY MAL HAIYAN - MALAYSIA | DOOR - BC15 | | | | 0.00 | Pending Receipt |
| * | 12/18/2020 | 0 | PO68435 | HY MAL HAIYAN - MALAYSIA | ANGLE WALL 1230 FOOR MH | | | | 0.00 | Pending Receipt |
| * | 12/18/2020 | 0 | PO68436 | HY MAL HAIYAN - MALAYSIA | DOOR - BC15 | | | | 0.00 | Pending Receipt |
| * | 12/18/2020 | 0 | PO68437 | HY MAL HAIYAN - MALAYSIA | TOE KICK | | | | 0.00 | Pending Receipt |
| * | 1/15/2021 | 0 | PO70265 | HY MAL HAIYAN - MALAYSIA | SHELF - ANGLE BASE 24 " (EAC | | | | 0.00 | Pending Receipt |
| * | 1/15/2021 | 0 | PO70266 | HY MAL HAIYAN - MALAYSIA | DOOR | | | | 0.00 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73149 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE 33 LAZY SUSAN | | | | 50,915.00 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73150 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE  BASE 09 | | | | 59,979.93 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73151 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 30 | | | | 64,290.17 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73152 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE WALL ANGLE 12X30 | | | | 62,426.25 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73153 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE FULL HEIGHT BASE 18 | | | | 60,630.50 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73154 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY  BASE 09 | | | | 63,542.29 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73155 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 27 | | | | 59,531.09 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73156 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY  BLIND BASE CORNI | | | | 59,522.25 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73157 | HY MAL HAIYAN - MALAYSIA | GREY BBC 45 | | | | 63,605.41 | Pending Receipt |
| * | 2/18/2021 | 0 | PO73158 | HY MAL HAIYAN - MALAYSIA | GREY BASE ANGLE 24 | | | | 67,186.15 | Pending Receipt |
| * | 2/24/2021 | 0 | PO73671 | HY MAL HAIYAN - MALAYSIA | STORE 503 AIR FREIGHT ORDER - CSR ISSI | | | | 0.00 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73798 | HY MAL HAIYAN - MALAYSIA | GREY BASE 09 | | | | 62,288.37 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73799 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE  BASE 09 | | | | 60,744.62 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73800 | HY MAL HAIYAN - MALAYSIA | GREY 3-DWR BASE 12 | | | | 61,869.17 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73802 | HY MAL HAIYAN - MALAYSIA | GREY ANGLED WALL 12X30 | | | | 73,837.52 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73803 | HY MAL HAIYAN - MALAYSIA | Worthington Grey Base 1-Door 9"x24"x34.5"- | | | | 34,669.78 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73827 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE WALL ANGLE 12X30 | | | | 59,812.39 | Pending Receipt |
| * | 2/26/2021 | 0 | PO73828 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY WALL ANGLE 12X30 | | | | 61,251.16 | Pending Receipt |
| * | 3/5/2021 | 0 | PO74403 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 33 | | | | 62,036.32 | Pending Receipt |

| | Date | | PO | Vendor | Description | Amount | Status |
|---|---|---|---|---|---|---|---|
| * | 3/5/2021 | 0 | PO74404 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE ANGLE 24 | 66,227.80 | Pending Receipt |
| * | 3/5/2021 | 0 | PO74405 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY FULL HEIGHT BASE | 62,017.77 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75006 | HY MAL HAIYAN - MALAYSIA | GREY WALL 09X30 | 59,442.71 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75007 | HY MAL HAIYAN - MALAYSIA | GREY BASE 12 | 65,357.03 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75008 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE ANGLE 24 | 59,326.31 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75009 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE ANGLE 24 | 58,707.92 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75010 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY WALL ANGLE 12X30 | 58,545.60 | Pending Receipt |
| * | 3/12/2021 | 0 | PO75011 | HY MAL HAIYAN - MALAYSIA | GREY BASE ANGLE 24 | 62,575.85 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75837 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 12 | 59,664.90 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75838 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 36 LAZY SUSAN | 62,668.27 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75839 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BLIND BASE CORNER 42 | 62,446.43 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75840 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 09 | 57,961.55 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75841 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 12 | 60,204.90 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75842 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE ANGLE 24 | 61,778.95 | Pending Receipt |
| * | 3/19/2021 | 0 | PO75843 | HY MAL HAIYAN - MALAYSIA | GREY ANGLED WALL 12X30 | 69,385.65 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76491 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND BASE CORNER | 59,804.07 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76492 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BLIND BASE CORNER 42 | 61,528.57 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76493 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 24 | 62,341.27 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76494 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 09 | 58,291.46 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76495 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 12 | 62,820.25 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76496 | HY MAL HAIYAN - MALAYSIA | GREY BBC 36 | 61,881.19 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76517 | HY MAL HAIYAN - MALAYSIA | TOP DRAWER FRONT | 0.00 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76518 | HY MAL HAIYAN - MALAYSIA | TOE KICK | 0.00 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76519 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL - LC 84 | 0.00 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76520 | HY MAL HAIYAN - MALAYSIA | BOTTOM PANEL | 0.00 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76521 | HY MAL HAIYAN - MALAYSIA | Worthington Cam Locks | 0.00 | Pending Receipt |
| * | 3/26/2021 | 0 | PO76522 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL | 0.00 | Pending Receipt |
| * | 4/2/2021 | 0 | PO77206 | HY MAL HAIYAN - MALAYSIA | LEFT SIDE PANEL - LC 90 | 0.00 | Pending Receipt |
| * | 4/2/2021 | 0 | PO77207 | HY MAL HAIYAN - MALAYSIA | DRAWER FRONT - DC 2 DWR 36 | 0.00 | Pending Receipt |
| * | 4/2/2021 | 0 | PO77210 | HY MAL HAIYAN - MALAYSIA | DOOR - BC18 | 0.00 | Pending Receipt |
| * | 4/2/2021 | 0 | PO77211 | HY MAL HAIYAN - MALAYSIA | DOOR TO FRAME DOOR | 0.00 | Pending Receipt |
| * | 4/2/2021 | 0 | PO77212 | HY MAL HAIYAN - MALAYSIA | SHELF | 0.00 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77389 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE ANGLE 24 | 58,414.88 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77390 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE 2-DRAWER BASE 24 | 66,057.17 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77391 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 36 SINK BASE | 54,435.23 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77392 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 30 | 57,024.87 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77393 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 09 | 61,280.63 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77394 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND BASE CORNER | 62,525.78 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77395 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 36 LAZY SUSAN | 61,017.98 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77396 | HY MAL HAIYAN - MALAYSIA | GREY ANGLED WALL 12X30 | 69,681.55 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77397 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE WALL 09x | 60,701.93 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77398 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE 24 | 68,953.66 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77399 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE WALL AN( | 67,947.73 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77400 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE AN( | 69,583.25 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77401 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE WALL AN( | 53,026.08 | Pending Receipt |
| * | 4/5/2021 | 0 | PO77402 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE 24 | 0.00 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77879 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 33 LAZY SUSAN | 60,989.09 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77880 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 09 | 62,996.26 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77881 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER VANITY DC12 | 57,311.04 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77882 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 09 | 56,200.01 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77883 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BLIND BASE CORNER 42 | 58,114.81 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77884 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER WALL ANGLE 12X42 | 57,977.28 | Pending Receipt |
| * | 4/9/2021 | 0 | PO77885 | HY MAL HAIYAN - MALAYSIA | GREY BASE ANGLE 24 | 64,063.18 | Pending Receipt |

| | Date | | PO# | Vendor | Description | Amount | Status |
|---|---|---|---|---|---|---:|---|
| * | 5/7/2021 | 0 | PO80709 | HY MAL HAIYAN - MALAYSIA | RIGHT SIDE PANEL | 0.00 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80880 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 36 | 54,831.64 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80881 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 24 | 66,685.69 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80882 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND CORNER BASE 4 | 61,595.53 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80883 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER WALL 09X36 | 56,349.42 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80884 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE ANGLE 24 | 59,205.30 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80885 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER WALL ANGLE 12X42 | 66,992.73 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80886 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BBC 36 | 62,932.84 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80887 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY WALL ANGLE 12X42 | 62,498.36 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80888 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE WALL 09x | 60,438.89 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80889 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE AN( | 68,717.70 | Pending Receipt |
| * | 5/10/2021 | 0 | PO80890 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE 33 LAZY S | 71,726.11 | Pending Receipt |
| * | 5/11/2021 | 0 | PO81006 | HY MAL HAIYAN - MALAYSIA | Worthington White Wall Cabinet 1-Door 9"x12"> | 37,905.99 | Pending Receipt |
| * | 5/11/2021 | 0 | PO81007 | HY MAL HAIYAN - MALAYSIA | Worthington White Pantry Cabinet 18"x24"x84"- | 33,358.74 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81335 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER  BASE 09 | 63,241.02 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81336 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 27 | 57,808.60 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81345 | HY MAL HAIYAN - MALAYSIA | DOOR | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81346 | HY MAL HAIYAN - MALAYSIA | BACK PANEL | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81347 | HY MAL HAIYAN - MALAYSIA | BOTTOM and MIDDLE FRONT | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81348 | HY MAL HAIYAN - MALAYSIA | DOOR | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81349 | HY MAL HAIYAN - MALAYSIA | SIDE PANEL - WC 12 | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81350 | HY MAL HAIYAN - MALAYSIA | BACK PANEL RIGHT | 0.00 | Pending Receipt |
| * | 5/14/2021 | 0 | PO81352 | HY MAL HAIYAN - MALAYSIA | 42" SIDE PANEL | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82050 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE 12 | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82060 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE  FULL HEIGHT BASE 12 | 61,056.93 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82061 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE ANGLE 24 | 61,198.55 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82062 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER  BASE 09 | 59,819.37 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82091 | HY MAL HAIYAN - MALAYSIA | FRAME | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82092 | HY MAL HAIYAN - MALAYSIA | FRAME TO DOOR HINGE | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82093 | HY MAL HAIYAN - MALAYSIA | DOOR | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82094 | HY MAL HAIYAN - MALAYSIA | FRAME | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82095 | HY MAL HAIYAN - MALAYSIA | FULL HEIGHT DOOR - BC12 | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82096 | HY MAL HAIYAN - MALAYSIA | DOOR - BC12 | 0.00 | Pending Receipt |
| * | 5/21/2021 | 0 | PO82097 | HY MAL HAIYAN - MALAYSIA | SHELF | 0.00 | Pending Receipt |
| * | 5/28/2021 | 0 | PO82752 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND CORNER BASE 4 | 64,181.07 | Pending Receipt |
| * | 5/28/2021 | 0 | PO82753 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE  FULL HEIGHT BASE 12 | 61,515.29 | Pending Receipt |
| * | 5/28/2021 | 0 | PO82754 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER  BASE 09 | 58,003.30 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83580 | HY MAL HAIYAN - MALAYSIA | BACK PANEL | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83581 | HY MAL HAIYAN - MALAYSIA | TOP and BOTTOM PANEL | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83582 | HY MAL HAIYAN - MALAYSIA | DRAWER BOX-BC30-DC330 | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83583 | HY MAL HAIYAN - MALAYSIA | DRAWER FRONT - NEW SENKE | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83584 | HY MAL HAIYAN - MALAYSIA | FULL HEIGHT DOOR - BC12 | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83585 | HY MAL HAIYAN - MALAYSIA | DRAWER BOX-BC18-DC318 | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83596 | HY MAL HAIYAN - MALAYSIA | DRAWER BOX - BC18 | 0.00 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83635 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER  BLIND BASE CORNER | 62,433.87 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83636 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 3-DRAWER BASE 12 | 66,525.67 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83637 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE  BASE 09 | 61,872.55 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83638 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 36 LAZY SUSAN | 59,609.78 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83639 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER 33 LAZY SUSAN | 76,536.10 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83640 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY  BASE 09 | 65,700.83 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83641 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY 2-DRAWER BASE 30 | 63,022.54 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83646 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE ANGLE 24 | 77,278.97 | Pending Receipt |
| * | 6/4/2021 | 0 | PO83647 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE 36 LAZY SUSAN | 71,705.75 | Pending Receipt |

| | Date | | PO# | Vendor | Description | Amount | Status |
|---|---|---|---|---|---|---|---|
| * | 6/11/2021 | 0 | PO84291 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 09 | 58,786.76 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84292 | HY MAL HAIYAN - MALAYSIA | ANNAPOLIS BLUE BASE 09 | 58,058.65 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84293 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND BASE CORNER | 65,767.10 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84294 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE ANGLE 24 | 60,968.59 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84295 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE AN( | 80,232.57 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84296 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE WALL AN( | 59,730.39 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84297 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE 12 | 65,733.65 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84298 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE FULL HEI( | 67,002.11 | Pending Receipt |
| * | 6/11/2021 | 0 | PO84299 | HY MAL HAIYAN - MALAYSIA | Worthington White Pantry Cabinet 18"x24"x84"- | 32,887.44 | Pending Receipt |
| * | 6/18/2021 | 0 | PO84974 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY WALL ANGLE 12X30 | 67,072.11 | Pending Receipt |
| * | 6/18/2021 | 0 | PO84975 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER FULL HEIGHT BASE 12 | 69,340.42 | Pending Receipt |
| * | 6/18/2021 | 0 | PO84976 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 09 | 59,841.66 | Pending Receipt |
| * | 6/18/2021 | 0 | PO84977 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BLIND BASE CORNI | 60,425.27 | Pending Receipt |
| * | 6/28/2021 | 0 | PO85846 | HY MAL HAIYAN - MALAYSIA | Worthington White Base 1-Door 1-Drawer 21"x2 | 34,524.95 | Pending Receipt |
| * | 6/28/2021 | 0 | PO85847 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 12 | 59,536.94 | Pending Receipt |
| * | 6/28/2021 | 0 | PO85848 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND CORNER BASE ҂ | 66,769.56 | Pending Receipt |
| * | 6/28/2021 | 0 | PO85849 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BLIND BASE CORNI | 67,719.12 | Pending Receipt |
| * | 7/2/2021 | 0 | PO86345 | HY MAL HAIYAN - MALAYSIA | Worthington White Base 1-Door 1-Drawer 21"x2 | 35,791.35 | Pending Receipt |
| * | 7/2/2021 | 0 | PO86346 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BLIND CORNER BASE ҂ | 60,655.88 | Pending Receipt |
| * | 7/9/2021 | 0 | PO86942 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 09 | 63,663.19 | Pending Receipt |
| * | 7/9/2021 | 0 | PO86943 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BLIND BASE CORNI | 67,364.48 | Pending Receipt |
| * | 7/9/2021 | 0 | PO86944 | HY MAL HAIYAN - MALAYSIA | HAMPTON PEWTER BASE 09 | 57,134.56 | Pending Receipt |
| * | 7/16/2021 | 0 | PO87616 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE ANGLE 24 | 66,984.51 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88259 | HY MAL HAIYAN - MALAYSIA | GREY BBC 45 | 61,251.93 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88260 | HY MAL HAIYAN - MALAYSIA | SPRING HILL HICKORY BASE 21 | 63,270.60 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88261 | HY MAL HAIYAN - MALAYSIA | VANITY DC12 PALM BEACH DARK CHOCOL, | 61,632.04 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88262 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BBC 36 | 66,398.81 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88263 | HY MAL HAIYAN - MALAYSIA | GREY BASE ANGLE 24 | 76,441.72 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88264 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE ANGLED ʋ | 65,840.97 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88265 | HY MAL HAIYAN - MALAYSIA | PALM BEACH DARK CHOCOLATE BASE AN( | 78,826.90 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88272 | HY MAL HAIYAN - MALAYSIA | Door - BC12FH | 0.00 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88273 | HY MAL HAIYAN - MALAYSIA | DRAWER BOX - BC36 | 0.00 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88274 | HY MAL HAIYAN - MALAYSIA | TURNTABLE CB36 | 0.00 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88275 | HY MAL HAIYAN - MALAYSIA | SHELF | 0.00 | Pending Receipt |
| * | 7/23/2021 | 0 | PO88276 | HY MAL HAIYAN - MALAYSIA | DOOR - BBC42 | 0.00 | Pending Receipt |
| * | 7/30/2021 | 0 | PO88902 | HY MAL HAIYAN - MALAYSIA | Spring Hill Hickory Stock Order W/E 07/31 | 60,833.28 | Pending Receipt |
| * | 7/30/2021 | 0 | PO88903 | HY MAL HAIYAN - MALAYSIA | Annapolis Blue Stock Order W/E 07/31 | 65,335.01 | Pending Receipt |
| * | 7/30/2021 | 0 | PO88961 | HY MAL HAIYAN - MALAYSIA | SHELF - BBC42 (EACH) | 0.00 | Pending Receipt |
| * | 8/6/2021 | 0 | PO89689 | HY MAL HAIYAN - MALAYSIA | Kensington Mist Order W/E 08/07 | 0.00 | Pending Receipt |
| * | 8/6/2021 | 0 | PO89691 | HY MAL HAIYAN - MALAYSIA | Spring Hill Hickory Order W/E 08/07 | 0.00 | Pending Receipt |
| * | 8/6/2021 | 0 | PO89692 | HY MAL HAIYAN - MALAYSIA | Worthington Grey Order W/E 08/07 | 0.00 | Pending Receipt |
| * | 8/6/2021 | 0 | PO89693 | HY MAL HAIYAN - MALAYSIA | Worthington White Order W/E 08/07 | 0.00 | Pending Receipt |
| * | 8/6/2021 | 0 | PO89724 | HY MAL HAIYAN - MALAYSIA | Hampton Pewter Order W/E 08/07 | 0.00 | Pending Receipt |
| * | 8/20/2021 | 0 | PO91141 | HY MAL HAIYAN - MALAYSIA | Hampton Pewter Parts Order 08/20 | 0.00 | Pending Receipt |
| * | 8/20/2021 | 0 | PO91142 | HY MAL HAIYAN - MALAYSIA | Haiyan Hardware Order 08/20 | 0.00 | Pending Receipt |
| * | 8/20/2021 | 0 | PO91143 | HY MAL HAIYAN - MALAYSIA | Kensington Mist Parts Order 08/20 | 0.00 | Pending Receipt |
| * | 8/20/2021 | 0 | PO91144 | HY MAL HAIYAN - MALAYSIA | Spring Hill Hickory Parts Order 08/20 | 0.00 | Pending Receipt |