# EXHIBIT 13



**001 LAWRENCEBURG DIST. CENTER**
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

# Purchase Order
## #PO65998
11/9/2020

| **Vendor** | **Ship To** | **Location** | **TOTAL** |
|---|---|---|---|
| HAIYAN - MALAYSIA ALNO INDUSTRY SDN BHD<br>PLOT 37, FURNITURE INDUSTRIAL ESTATE, JALAN SUNGAI BAONG 142 SUNGAI BAKAP, SEBERANG PERAI SELATAN<br>PENANG 14200<br>Malaysia | 001 LAWRENCEBURG DIST. CENTER<br>99 Motivation Dr<br>Lawrenceburg TN 38464<br>(931) 300-4030 | 001 LAWRENCEBURG DIST. CENTER | $60,177.48<br><br>Receive By: 3/9/2021 |

| **Receive By** | **Vendor #** | **Created From** |
|---|---|---|
| 3/9/2021 | | |

| Quantity | Item | Rate | Amount |
|---|---|---|---|
| 50 | **WC2142GY**<br>GREY WALL 21X42 | $69.97 | $3,498.50 |
| 107 | **WC2742GY**<br>GREY WALL 27X42 | $87.63 | $9,376.41 |
| 0 | **WC3012GY**<br>GREY WALL 30X12 | $36.38 | $0.00 |
| 0 | **WC3018GY**<br>GREY WALL 30X18 | $46.91 | $0.00 |
| 0 | **WC3024GY**<br>GREY WALL 30X24 | $65.10 | $0.00 |
| 152 | **WC3030GY**<br>GREY WALL 30X30 | $72.27 | $10,985.04 |
| 0 | **WC3612GY**<br>GREY WALL 36X12 | $42.13 | $0.00 |
| 0 | **WC3615GY**<br>GREY WALL 36X15 | $48.45 | $0.00 |
| 80 | **WC2736GY**<br>GREY WALL 27X36 | $75.87 | $6,069.60 |
| 295 | **WC2436GY**<br>GREY WALL 24X36 | $71.35 | $21,048.25 |
| 111 | **WC2442GY**<br>GREY WALL 24X42 | $82.88 | $9,199.68 |

| | Total | $60,177.48 |
|---|---|---|

**Purchase Order Requirements for Wood Vendors Yes**

All composite wood Products containing a composite wood product must be in compliance with CARB Phase 2 and TSCA Title VI. All wood products must meet the requirements of the Lacey Act. _____

1 of 2


PO65998

Case 3:21-cv-00711    Document 126-13    Filed 04/07/23    Page 2 of 7 PageID #: 940



001 LAWRENCEBURG DIST. CENTER
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

# Purchase Order

#PO65998

11/9/2020

**Purchase Order Acknowledgment**

In Signing below, you HY MAL HAIYAN - MALAYSIA acknowledge receipt of the attached purchase order number PO65998 dated _____. This confirms the acceptance the following items:

- Date of expected delivery: 3/9/2021
- Quantity and items ordered
- Pricing of purchase order
- Terms and condition set out in the purchase order
- A late fee of 2% for each month, or portion thereof, that delivery is delayed more than 14 days beyond the delivery date set out in the Purchase
- Order, unless otherwise approved by CTG. If there are any issues with the order, please communicate to the purchasing department

**HY MAL HAIYAN - MALAYSIA**

Print Name: _____

Signature: _____

Date Signed: _____





# Purchase Order

**#PO66000**

001 LAWRENCEBURG DIST. CENTER
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

11/9/2020

| **Vendor** | **Ship To** | **Location** | **TOTAL** |
|---|---|---|---|
| HAIYAN - MALAYSIA ALNO INDUSTRY SDN BHD PLOT 37, FURNITURE INDUSTRIAL ESTATE, JALAN SUNGAI BAONG 142 SUNGAI BAKAP, SEBERANG PERAI SELATAN PENANG 14200 Malaysia | 001 LAWRENCEBURG DIST. CENTER 99 Motivation Dr Lawrenceburg TN 38464 (931) 300-4030 | 001 LAWRENCEBURG DIST. CENTER | $59,358.28 Receive By: 3/9/2021 |

| **Receive By** | **Vendor #** | **Created From** |
|---|---|---|
| 3/9/2021 | | |

| Quantity | Item | Rate | Amount |
|---|---|---|---|
| 163 | **WC3036GY** GREY WALL 30X36 | $80.81 | $13,172.03 |
| 262 | **WC3042GY** GREY WALL 30X42 | $93.35 | $24,457.70 |
| 0 | **WC3330GY** GREY WALL 33X30 | $78.04 | $0.00 |
| 51 | **WC3336GY** GREY WALL 33X36 | $87.27 | $4,450.77 |
| 0 | WC361824GY GREY WALL FRG 36X18X24 | $68.06 | $0.00 |
| 0 | **WC3618GY** GREY WALL 36X18 | $55.71 | $0.00 |
| 222 | **WC2430GY** GREY WALL 24X30 | $60.74 | $13,484.28 |
| 50 | **WC2736GY** GREY WALL 27X36 | $75.87 | $3,793.50 |
| | | **Total** | **$59,358.28** |

**Purchase Order Requirements for Wood Vendors Yes**

All composite wood Products containing a composite wood product must be in compliance with CARB Phase 2 and TSCA Title VI. All wood products must meet the requirements of the Lacey Act. _____



001 LAWRENCEBURG DIST. CENTER
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

# Purchase Order

#PO66000

11/9/2020

**Purchase Order Acknowledgment**

In Signing below, you HY MAL HAIYAN - MALAYSIA acknowledge receipt of the attached purchase order number PO66000 dated _____. This confirms the acceptance the following items:

- Date of expected delivery: 3/9/2021
- Quantity and items ordered
- Pricing of purchase order
- Terms and condition set out in the purchase order
- A late fee of 2% for each month, or portion thereof, that delivery is delayed more than 14 days beyond the delivery date set out in the Purchase
- Order, unless otherwise approved by CTG. If there are any issues with the order, please communicate to the purchasing department

**HY MAL HAIYAN - MALAYSIA**

Print Name: _____

Signature: _____

Date Signed: _____

2 of 2



PO66000



# Purchase Order

**#PO65997**

11/9/2020

001 LAWRENCEBURG DIST. CENTER
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

| Vendor | Ship To | Location | TOTAL |
|---|---|---|---|
| HAIYAN - MALAYSIA ALNO INDUSTRY SDN BHD<br>PLOT 37, FURNITURE INDUSTRIAL ESTATE, JALAN SUNGAI BAONG<br>142 SUNGAI BAKAP, SEBERANG PERAI SELATAN<br>PENANG 14200<br>Malaysia | 001 LAWRENCEBURG DIST. CENTER<br>99 Motivation Dr<br>Lawrenceburg TN 38464<br>(931) 300-4030 | 001 LAWRENCEBURG DIST. CENTER | $60,620.87<br><br>Receive By: 3/9/2021 |

| Receive By | Vendor # | Created From |
|---|---|---|
| 3/9/2021 | | |

| Quantity | Item | Rate | Amount |
|---|---|---|---|
| 87 | **WC0930GY**<br>GREY WALL 09X30 | $33.01 | $2,871.87 |
| 76 | **WC0936GY**<br>GREY WALL 09X36 | $35.94 | $2,731.44 |
| 67 | **WC0942GY**<br>GREY WALL 09X42 | $41.50 | $2,780.50 |
| 76 | **WC1230GY**<br>GREY WALL 12X30 | $36.27 | $2,756.52 |
| 171 | **WC1236GY**<br>GREY WALL 12X36 | $41.62 | $7,117.02 |
| 78 | **WC1530GY**<br>GREY WALL 15X30 | $42.19 | $3,290.82 |
| 138 | **WC1536GY**<br>GREY WALL 15X36 | $48.19 | $6,650.22 |
| 117 | **WC1542GY**<br>GREY WALL 15X42 | $56.05 | $6,557.85 |
| 69 | **WC1830GY**<br>GREY WALL 18X30 | $48.10 | $3,318.90 |
| 91 | **WC1836GY**<br>GREY WALL 18X36 | $54.58 | $4,966.78 |
| 106 | **WC1842GY**<br>GREY WALL 18X42 | $62.96 | $6,673.76 |
| 43 | **WC2130GY**<br>GREY WALL 21X30 | $54.02 | $2,322.86 |
| 106 | **WC2136GY**<br>GREY WALL 21X36 | $61.34 | $6,502.04 |
| 51 | **WC3015GY**<br>GREY WALL 30X15 | $40.79 | $2,080.29 |

1 of 2

PO65997



001 LAWRENCEBURG DIST. CENTER
99 Motivation Dr
Lawrenceburg TN 38464
(931) 300-4030

# Purchase Order

#PO65997

11/9/2020

| Total | $60,620.87 |
|---|---|

**Purchase Order Requirements for Wood Vendors Yes**

All composite wood Products containing a composite wood product must be in compliance with CARB Phase 2 and TSCA Title VI. All wood products must meet the requirements of the Lacey Act. _____

**Purchase Order Acknowledgment**

In Signing below, you HY MAL HAIYAN - MALAYSIA acknowledge receipt of the attached purchase order number PO65997 dated _____. This confirms the acceptance the following items:
- Date of expected delivery: 3/9/2021
- Quantity and items ordered
- Pricing of purchase order
- Terms and condition set out in the purchase order
- A late fee of 2% for each month, or portion thereof, that delivery is delayed more than 14 days beyond the delivery date set out in the Purchase
- Order, unless otherwise approved by CTG. If there are any issues with the order, please communicate to the purchasing department

**HY MAL HAIYAN - MALAYSIA**

Print Name: _____

Signature: _____

Date Signed: _____

2 of 2


PO65997

Case 3:21-cv-00711   Document 126-13   Filed 04/07/23   Page 7 of 7 PageID #: 945