# Exhibit 1



**From:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Sent:** Sunday, August 8, 2021 1:11 PM
**To:** Jason Delves; Alex Hughes
**Cc:** Kim Surber; James Mcclure; Sara Valencia
**Subject:** FW: Haiyan Orders

Haiyan is not accepting any new orders, even if we have a request date into 2022. We have a call scheduled tomorrow morning at 7:30 originally to go over the new purchase order process. Alex has requested we move PBDC to Eaglewood – so I will see if we can change those orders to GY and HP. I think we have to plan to move additional collections away from this vendor, as they are not partnering with us, and their shipping history for the last 6 months has been terrible.

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067

CONFIDENTIAL

CTG-001083

Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Friday, August 6, 2021 8:07 PM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>; Sabrina Lee <sabrina@haiyanwoodworking.com>
**Cc:** James Mcclure <james.mcclure@cabinetstogo.com>; Alex Hughes <ahughes@cabinetstogo.com>; Kim Surber <KSurber@cabinetstogo.com>; Sara Valencia <sara.v@cabinetstogo.com>
**Subject:** 答复: Haiyan Orders

Dear Fred,

1.  We do not accept orders to be delivered in 2021. Even the rest undelivered orders, maybe it will be delayed to 2022 as well.
2.  About new orders for 2022, it is not accepted in the following months of 2021(from Aug. 1st). If the undelivered orders can be shipped out under schedule without much delay and the pandemic gets controlled at that time, we could talk the orders again under new agreement.
    It does NOT mean we still accept new orders and schedule the shipments in January. We need to see how the situation runs first, and make sure the undelivered orders could be produced and shipped under schedule.
3.  There's no information related to the shut down from government at present, it just has that possibility. We will let you know if we get any confirmed notice.

Sincerely hope everything could get back to normal soon, so that we can talk for new orders earlier.

Best regards,

Amanda Li

HY MAL

---

发件人: Fred Poggemeyer [mailto:fpoggemeyer@cabinetstogo.com]
发送时间: 2021年8月6日 20:32
收件人: amanda@haiyanwoodworking.com; Sabrina Lee
抄送: James Mcclure; Alex Hughes; Kim Surber; Sara Valencia
主题: Haiyan Orders

Dear Amanda,

I need some clarification with regards to your note below to James. If I understand correctly, you are not accepting orders to deliver in 2021. Any orders written going forward will deliver in 2022 – is that correct? You are also suggesting that the government may shut your factory down again to attempt to get the spread of COVID under control. What is the latest information that you have received related to that possibility?
Fred

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

CONFIDENTIAL

CTG-001084

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Friday, August 6, 2021 2:59 AM
**To:** James Mcclure <james.mcclure@cabinetstogo.com>; Sabrina Lee <sabrina@haiyanwoodworking.com>
**Cc:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Subject:** 答复: Haiyan Three New Collections Order 080421.xlsx

Hi James,

As we have talked with Jason and Fred, our production capacity is fully committed in 2021, the current shipments has been scheduled to December and probably it will be delayed again once there is new shutdown. The current COVID-19 pandemic is severe in Malaysia, it's over 20 thousands per day now, you can refer to the attached reports for reference. (The infectious people is only around 5,000 per day for last lockdown, but 20,596 for yesterday) So now we have to stop accepting new orders (from Aug to Dec) and focus on the rest undelivered orders first, hope you could understand.

We will let you know immediately once there is extra capacity here.

Best regards,

Amanda Li

HY MAL

---

**发件人:** James Mcclure [mailto:james.mcclure@cabinetstogo.com]
**发送时间:** 2021年8月6日 2:49
**收件人:** Amanda Li; Sabrina Lee
**主题:** Haiyan Three New Collections Order 080421.xlsx

Hi All,

Please see the attached new production orders and containerize and send back to me by mid-day tomorrow so that I can create the PO's this week. Delivery to dc needs to be by 12/4 to maintain our target stocking levels.

Thanks,
James McClure
Inventory Analyst
Cell:  423.923.3339



Visit us at:
www.cabinetstogo.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 423-923-3339 or electronically by return message, and delete or destroy all copies of this communication.

| From: | Jason Delves [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=134CA4032FCD4BA4B8F5689561C7ADE5-JDELVES] |
|---|---|
| Sent: | 8/1/2021 7:10:18 PM |
| To: | Sabrina Lee [sabrina@haiyanwoodworking.com] |
| CC: | Fred Poggemeyer [fpoggemeyer@cabinetstogo.com]; Alex Hughes [ahughes@cabinetstogo.com] |
| Subject: | Fwd: future order in 2021 |

Sabrina,

What the hell is this? Have you lost your mind? We need to get on the phone first thing tomorrow morning. I want Valleywood shut down immediately or I will deal with it accordingly. Is this clear enough? What time is our call? Tell Amanda to never email us again. Clear?

Jason Delves
President and CEO
F9 Brands, Inc.
478-731-6036

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Friday, July 30, 2021 3:08 AM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Sabrina Lee <sabrina@haiyanwoodworking.com>
**Subject:** Re: future order in 2021

Dear Fred,

Due to the influence of COVID-19 pandemic, our production capacity and shipments suffered a big decline in Malaysia, as you know, the current ETD has been scheduled to December now, and it would be delayed again once there was new lock down in Malaysia.

After careful deliberation, we have to stop accepting new orders in the following months of 2021 (Aug-Dec) , so as to focus on the rest undelivered orders first . The new orders will be restarted in 2022 after we reach a new agreement , hope everything can return to normal at that time.

Hope this tough decision could get your kind understanding.

Best regards,

Amanda Li

CONFIDENTIAL                                                                                     CTG-001633

HY MAL

CONFIDENTIAL

CTG-001634