# Exhibit 2

| 发件人： | Amanda Li |
|---|---|
| 收件人： | "Fred Poggemeyer"; "Sabrina Lee" |
| 抄送： | "Kim Surber"; "Alex Hughes" |
| 主题： | 答复: Order prioritization |
| 日期： | 2021年8月5日 13:24:37 |

Hi Fred,

We said we would assist you in prioritizing your orders except the orders have been prepared. And we have reviewed again, the PBDC has been organized preparation, but the HP collections will be arranged immediately after the PBDC shipments. In August, we are doing the re-work of GY, AB and a part of PBDC collections, there is no extra capacity, but we'll try our best to get bellowing HP orders shipped out in September. In fact, there is almost no delay for HP as per your request, because September is the earliest after GY re-working.

Hope you could understand.

Best regards,

Amanda Li

HY MAL

---

发件人: Fred Poggemeyer [mailto:fpoggemeyer@cabinetstogo.com]
发送时间: 2021年8月4日 20:14
收件人: Amanda Li; Sabrina Lee
抄送: Kim Surber; Alex Hughes
主题: RE: Order prioritization

Dear Amanda,
My request was based on our projected inventory position with the shipments listed below included in the calculation, measured against our projected sales rates. In other words, we are still deficient in our stock position for these collections – particularly HP. You said that you would assist us in prioritizing our orders, and yet this is not the case. I need for you to re-look at your production schedule and move HP orders forward if at all possible. That is the collection that is in the most need of additional inventory.

We can delay the introduction of PBDC, HP is more important at this time. Please review again.
Fred

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Wednesday, August 4, 2021 12:25 AM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>; Sabrina Lee <sabrina@haiyanwoodworking.com>
**Cc:** Kim Surber <KSurber@cabinetstogo.com>; Alex Hughes <ahughes@cabinetstogo.com>
**Subject:** 答复: Order prioritization

Dear Fred,

Thanks for your time and understanding to talk about the orders. About your proposal to produce the bellowing HP, AB and SHH orders during the time frame of PBDC, please see our suggestions as follows:

1. For HP collections, we shipped 4X40'HQ containers in July and another 2 containers will be shipped on Aug. 8th. There will be a new container will be shipped in August as well after pass the inspection. (8)
2. For AB collections, there are 12 containers will be shipped on Aug. 8th which has already passed the BMI inspection, and

there are another 5 containers will be shipped around Aug. 22th as per the schedule. (17)

3. For SHH collections, we shipped 3X40'HQ containers on Jul. 3rd and 5 containers on Jul. 10th and one container on Jul. 17th. (9)

So you have many containers under transportation now, we think it will replenish your inventory and relieve your pressing need.

As for PBDC, you also required it urgently, so we have organized the preparation, it cannot be replaced now. After we finish the PBDC shipments in August and September, we will start to organize the bellowing orders you mentioned in September as well, as you can see CTG have occupied most of our production capacity now.

| PO # | Collection | Order Date | Inspection | Cargo Ready Date | Est. Ship | ETA LB |
|---|---|---|---|---|---|---|
| 77391 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77393 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77394 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77395 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77881 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77880 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77879 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77884 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 80884 | Annapolis Blue | 5/8/2021 | 10/15/2021 | 10/22/2021 | 10/27/2021 | 12/15/2021 |
| 80887 | Spring Hill Hickory | 5/8/2021 | 10/15/2021 | 10/22/2021 | 10/27/2021 | 12/15/2021 |

We will do our best to make the delivery earlier if any possible, and let you know immediately for new orders if any extra capacity in this year.

Best regards,

Amanda Li

HY MAL

---

发件人: Fred Poggemeyer [mailto:fpoggemeyer@cabinetstogo.com]
发送时间: 2021年8月4日 5:42
收件人: amanda@haiyanwoodworking.com; Sabrina Lee
抄送: Kim Surber; Alex Hughes
主题: Order prioritization

Dear Amanda and Sabrina,

Thank you for taking the time for our call today. We found it productive and appreciate your willingness to look at prioritizing our orders to keep our best selling collection performing well. As mentioned today, we are in great need of Hampton Pewter orders, as well as Annapolis Blue and Spring Hill Hickory. Based on this week's production schedule below – you have the initial Palm Beach DC orders planned to be ready by September. We would like to propose that you produce the HP, AB and SHH during that time frame instead of PBDC – so that we can replenish our inventory in November rather than December. The PBDC orders would then shift into the time frame originally planned for the HP, AB and SHH orders. This would be a real help to our business – is it possible? Please review and let me know. Best regards - Fred

| PO # | Collection | Order Date | Inspection | Cargo Ready Date | Est. Ship | ETA LB |
|---|---|---|---|---|---|---|
| 77391 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77393 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77394 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77395 | Hampton Pewter | 4/3/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77881 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77880 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77879 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 77884 | Hampton Pewter | 4/9/2021 | 10/8/2021 | 10/15/2021 | 10/20/2021 | 12/8/2021 |
| 80884 | Annapolis Blue | 5/8/2021 | 10/15/2021 | 10/22/2021 | 10/27/2021 | 12/15/2021 |

| PO # | Collection | | Order Date | Inspection | Cargo Ready Date | Est. Ship | ETA LB |
|---|---|---|---|---|---|---|---|
| 80887 | Spring Hill Hickory | | 5/8/2021 | 10/15/2021 | 10/22/2021 | 10/27/2021 | 12/15/2021 |

| PO # | Collection | Order Date | Inspection | Cargo Ready Date | Est. Ship | ETA LB |
|---|---|---|---|---|---|---|
| 77398 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 77402 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 77397 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 77399 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 77400 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 77401 | Palm Beach Dark Chocolate | 4/3/2021 | 9/10/2021 | 9/17/2021 | 9/22/2021 | 11/10/2021 |
| 80888 | Palm Beach Dark Chocolate | 5/8/2021 | 9/17/2021 | 9/24/2021 | 9/29/2021 | 11/17/2021 |
| 80886 | Palm Beach Dark Chocolate | 5/8/2021 | 9/17/2021 | 9/24/2021 | 9/29/2021 | 11/17/2021 |
| 82050 | Palm Beach Dark Chocolate | 5/8/2021 | 9/17/2021 | 9/24/2021 | 9/29/2021 | 11/17/2021 |
| 80889 | Palm Beach Dark Chocolate | 5/8/2021 | 9/17/2021 | 9/24/2021 | 9/29/2021 | 11/17/2021 |
| 80890 | Palm Beach Dark Chocolate | 5/8/2021 | 9/17/2021 | 9/24/2021 | 9/29/2021 | 11/17/2021 |

**Suggest moving PBDC to Cargo Ready Date of 10/15/2021 and shifting HP, AB, SHH into the original PBDC production slot.**

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

sabrina@haiyanwoodworking.com

| | |
|---|---|
| 发件人: | Alex Hughes <ahughes@cabinetstogo.com> |
| 发送时间: | 2021年8月11日星期三 20:47 |
| 收件人: | Amanda Li |
| 抄送: | Fred Poggemeyer; Sabrina Lee; Kim Surber; James Mcclure; Jason Delves |
| 主题: | Re: orders |

Amanda-

Why can HY MAL not finish the materials prepared for PBDC in the GY stain color? There should be no difference in the collections until to the staining process. And, according to previous production schedules, the facility has not reached that point in production.

We need to start PBDC with another vendor due to your capacity restraints. Accepting initial orders of PBDC from HY MAL will make that much more difficult, as we would need to match your product specifications exactly.

This is a problem imposed on CTG due to your mill's limitations. We need you to partner with us, and convert in process PBDC materials to GY.

Alex

On Aug 11, 2021, at 5:31 AM, Amanda Li <amanda@haiyanwoodworking.com> wrote:

Hi Fred,

1. For PBDC, we do have started now, so it could not be changed, while for the following HP collections, the previous shipment schedule is on October but we will try to ship them out within September.

   | | | | | |
   |---|---|---|---|---|
   | 77391 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
   | 77393 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
   | 77394 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
   | 77395 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
   | 77881 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
   | 77880 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
   | 77879 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
   | 77884 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
   | 80884 | 2021-5-8 | AB | 2021-10-17 | 2021-10-15 |
   | 80887 | 2021-5-8 | SHH | 2021-10-17 | 2021-10-15 |
   | 80883 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
   | 80882 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
   | 80881 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
   | 80880 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
   | 80885 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |

2. In the attachment, please find the orders that have the liability to prioritize and let us know your adjustment.
3. We thanks very much for your understanding about our hard position under the pandemic, and we will recheck here as well, if there is extra capacity in this year, we will let you know, please understand we don't want to make any problem with you.
4. About the production report, it will be sent to you in next week after there is an update.

Best regards,

Amanda Li

HY MAL

---

发件人：Fred Poggemeyer [mailto:fpoggemeyer@cabinetstogo.com]
发送时间：2021年8月10日 20:20
收件人：Amanda Li
抄送：Sabrina Lee; Kim Surber; James Mcclure; Alex Hughes; Jason Delves
主题：RE: orders

Amanda,
This is unfortunate news, as there appears to be no change whatsoever in your position from yesterday. What I would like to understand is why, if PBDC shares the same parts and profile as GY, you cannot finish the already prepared materials in the GY finish? Since we have not launched PBDC, we do not have an urgent need for this product at this time. As mentioned numerous times on our call yesterday, we would prefer to focus on collections that are already performing well. The only liability with this request is that you may have already purchased finishing supplies for PBDC – which can be postponed for use later.

With regards to orders that have not been prepared, please forward a production schedule and highlight those orders that we would have the ability to prioritize, so that we can be sure that the orders selected can in fact be adjusted.

With regards to your no longer accepting new orders for an indeterminant time, we must protect our business and this leave us with no other recourse than to begin the process of finding alternate resources for these collections. This is very disappointing, for Haiyan makes a good product and we have had quite a lot of success this year with AB, HP and GY. While we understand that the pandemic has created a very difficult atmosphere for production – the fact that we can no longer forecast to our future needs and have Haiyan's support, leads us no other option but to re-look at our supply chair.

Please review once again with the factory our request regarding PBDC, and also send a new production report for my review tomorrow.
Thank you
Fred

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

---

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Tuesday, August 10, 2021 3:59 AM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Sabrina Lee <sabrina@haiyanwoodworking.com>
**Subject:** Re: orders

Hi Fred,

1. For PBDC and following HP collections, we have talked with our production departments again, the preparation of PBDC has finished, it's hard for us to make the adjustment now, the following collections will be arranged immediately after PBDC.

2. As for the orders have not been prepared, you can send us the order priorities if any request, we will try our best to arrange it.

3. In regards to new orders, the shipment for the rest undelivered orders have been scheduled in December, so we prefer to make sure that these shipments can be done first before we accept any new orders. After the pandemic being controlled and the new orders can be scheduled as usual, we will let you know immediately. We cherish CTG and we don't want to stop the cooperation, but for now, everything is uncertain, we hope to push step by step.

We appreciate for your kind understanding, anything else we could help, please let us know.

Best regards,

Amanda Li

HY MAL
`<CTG ORDERS-PRIORITY.xlsx>`

**sabrina@haiyanwoodworking.com**

| | |
|---|---|
| 发件人: | Fred Poggemeyer <fpoggemeyer@cabinetstogo.com> |
| 发送时间: | 2021年8月11日星期三 21:23 |
| 收件人: | Amanda Li |
| 抄送: | Sabrina Lee; Kim Surber; James Mcclure; Alex Hughes; Jason Delves |
| 主题: | RE: orders |

Dear Amanda,
Thank you for the update. We will review our needs and get back to you regarding the Hampton Pewter orders. As far a Palm Beach Dark Chocolate – we have asked that this be changed to the GY finish. Please explain why this cannot be accomplished on your end, as it is far too early in the production process for the factory to have begun the finishing process. It makes much more sense for all concerned that we focus on the current collections that are already represented in our stores, than move forward with a new collection at this time.
Regards,
Fred


Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Wednesday, August 11, 2021 4:32 AM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Sabrina Lee <sabrina@haiyanwoodworking.com>; Kim Surber <KSurber@cabinetstogo.com>; James Mcclure <james.mcclure@cabinetstogo.com>; Alex Hughes <ahughes@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>
**Subject:** 答复: orders

Hi Fred,

1. For PBDC, we do have started now, so it could not be changed, while for the following HP collections, the previous shipment schedule is on October but we will try to ship them out within September.

| | | | | |
|---|---|---|---|---|
| 77391 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
| 77393 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
| 77394 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
| 77395 | 2021-4-3 | HP | 2021-10-10 | 2021-10-8 |
| 77881 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
| 77880 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
| 77879 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
| 77884 | 2021-4-9 | HP | 2021-10-10 | 2021-10-8 |
| 80884 | 2021-5-8 | AB | 2021-10-17 | 2021-10-15 |
| 80887 | 2021-5-8 | SHH | 2021-10-17 | 2021-10-15 |
| 80883 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |

| 80882 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
| 80881 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
| 80880 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |
| 80885 | 2021-5-8 | HP | 2021-10-17 | 2021-10-15 |

2. In the attachment, please find the orders that have the liability to prioritize and let us know your adjustment.
3. We thanks very much for your understanding about our hard position under the pandemic, and we will recheck here as well, if there is extra capacity in this year, we will let you know, please understand we don't want to make any problem with you.
4. About the production report, it will be sent to you in next week after there is an update.

Best regards,

Amanda Li

HY MAL

---

发件人: Fred Poggemeyer [mailto:fpoggemeyer@cabinetstogo.com]
发送时间: 2021年8月10日 20:20
收件人: Amanda Li
抄送: Sabrina Lee; Kim Surber; James Mcclure; Alex Hughes; Jason Delves
主题: RE: orders

Amanda,
This is unfortunate news, as there appears to be no change whatsoever in your position from yesterday. What I would like to understand is why, if PBDC shares the same parts and profile as GY, you cannot finish the already prepared materials in the GY finish? Since we have not launched PBDC, we do not have an urgent need for this product at this time. As mentioned numerous times on our call yesterday, we would prefer to focus on collections that are already performing well. The only liability with this request is that you may have already purchased finishing supplies for PBDC – which can be postponed for use later.

With regards to orders that have not been prepared, please forward a production schedule and highlight those orders that we would have the ability to prioritize, so that we can be sure that the orders selected can in fact be adjusted.

With regards to your no longer accepting new orders for an indeterminant time, we must protect our business and this leave us with no other recourse than to begin the process of finding alternate resources for these collections. This is very disappointing, for Haiyan makes a good product and we have had quite a lot of success this year with AB, HP and GY. While we understand that the pandemic has created a very difficult atmosphere for production – the fact that we can no longer forecast to our future needs and have Haiyan's support, leads us no other option but to re-look at our supply chair.

Please review once again with the factory our request regarding PBDC, and also send a new production report for my review tomorrow.
Thank you
Fred

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive

Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

**From:** Amanda Li <amanda@haiyanwoodworking.com>
**Sent:** Tuesday, August 10, 2021 3:59 AM
**To:** Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Sabrina Lee <sabrina@haiyanwoodworking.com>
**Subject:** Re: orders

Hi Fred,

1. For PBDC and following HP collections, we have talked with our production departments again, the preparation of PBDC has finished, it's hard for us to make the adjustment now, the following collections will be arranged immediately after PBDC.

2. As for the orders have not been prepared, you can send us the order priorities if any request, we will try our best to arrange it.

3. In regards to new orders, the shipment for the rest undelivered orders have been scheduled in December, so we prefer to make sure that these shipments can be done first before we accept any new orders. After the pandemic being controlled and the new orders can be scheduled as usual, we will let you know immediately. We cherish CTG and we don't want to stop the cooperation, but for now, everything is uncertain, we hope to push step by step.

We appreciate for your kind understanding, anything else we could help, please let us know.

Best regards,

Amanda Li

HY MAL