# Exhibit 3

| | Message |
|---|---|
| From: | sabrina [sabrina@haiyanwoodworking.com] |
| Sent: | 5/19/2021 6:33:05 PM |
| To: | 'Kim Surber' [KSurber@cabinetstogo.com] |
| Subject: | 答复: Wire Breakdown Last Week |
| Flag: | 需后续工作 |

Dear Kim,

Thank you!

Sabrina Lee
HY MAL

发件人: Kim Surber [mailto:KSurber@cabinetstogo.com]
发送时间: 2021年5月19日 1:21
收件人: Sabrina Lee
主题: Wire Breakdown Last Week

Hi Sabrina,

I do not think I sent you the wire breakdown last week:

| Row Labels | DEPOSIT PAID | INVOICE AMT | FREIGHT DEDUCTION AMT | BALANCE TO WIRE |
|---|---|---|---|---|
| **HY MAL HAIYAN - MALAYSIA** | | **$180,156.63** | **$0.00** | **$180,156.63** |
| 65997 | | $60,620.87 | $0.00 | $60,620.87 |
| 65998 | | $60,177.48 | $0.00 | $60,177.48 |
| 66000 | | $59,358.28 | $0.00 | $59,358.28 |
| **Grand Total** | | **$180,156.63** | **$0.00** | **$180,156.63** |

I apologize for the delay.
Thanks,

**Kim Surber**
*Manager of Trade Compliance*

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
(931) 321-0303
Cell (901) 210-0592



Visit us at: www.cabinetstogo.com      Visit us at: www.gracioushome.com

CONFIDENTIAL

HAIYAN-001386
IRE0000522

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (931) 321-0303 or electronically by return message, and delete or destroy all copies of this communication.

CONFIDENTIAL
IRE0000522
HAIYAN-001387