UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD, et al.<br><br>    Defendants. | Case No. 3:21-cv-00711<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## SUPPLEMENTAL DECLARATION OF JASON DELVES

1. I, Jason Delves, have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have reviewed the Statements of Fact (DE #133) set forth by Defendant, Qingdao Haiyan Real Estate Group Co., LTD ("Haiyan").

3. As I previously testified to in my February 23, 2022 declaration (DE # 62-1) attached to Plaintiff's Combined Response in Opposition to Defendants' Motions to Dismiss Amended Complaint (DE # 62) and in my Declaration filed on April 7, 2023 (DE # 126), Haiyan and Cabinets To Go have been doing business together since 2011. (DE 62-1, ¶ 9; DE 126, ¶ 8.)

4. As a result of this longstanding relationship, Cabinets To Go had been ordering products from the collections showcased by Haiyan in January 2020 before then. (DE 126, ¶ 42.) Cabinets To Go had stopped ordering products from Haiyan after September 2019 because Haiyan was still manufacturing products in China. (DE #126, ¶ 19.)

5. Haiyan opened a facility in Malaysia in late 2019 that was owned and operated by Haiyan. Lei "Sabrina" Li (aka Sabrina Lee) specifically referred to the Malaysian facility as HAIYAN's Malaysia factory. *See* CTG 769, attached as **Exhibit 14**.

6. In October 2019, Haiyan confirmed that it had set up a Malaysia facility to manufacture products for Cabinets To Go. *See* CTG 795-798, attached as **Exhibit 15**.

7. Haiyan knew that identifying the country of origin of its products was a key term that had to be provided to Cabinets To Go. When discussing this issue, Ms. Lee confirmed "the official orders...will be produced by the factory in Malaysia." *See* CTG 988, attached as **Exhibit 16**.

8. Under the course of dealing between Cabinets To Go and Haiyan, Cabinets To Go would make payment in full for products after it received the Bill of Lading, which was between seven and twenty-one days after the products were already in transit to Cabinets To Go.

9. Haiyan stopped the shipment of 14 containers of Undelivered POs in August 2021. There were 12 containers in Singapore and 2 containers in Penang. *See* CTG 2074-2076, attached as **Exhibit 17**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2023.

Jason Delves
Chief Executive Officer
Cabinets to Go, LLC

22904367.v2

Respectfully submitted,

*V. Brandon McGrath*
V. Brandon McGrath
Dentons Bingham Greenebaum LLP
312 Walnut Street, Suite 2450
Cincinnati, Ohio 45202
Telephone: (513) 455-7641
Email: brandon.mcgrath@dentons.com

Sarah Laren
Dentons Bingham Greenebaum LLP
300 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 288-4635
Email: sarah.laren@dentons.com

Charles E. Dorkey, III
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 905-8330
Email: charles.dorkey@dentons.com

*Counsel for Cabinets to Go*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of May, 2023, I filed the foregoing Supplemental Declaration of Jason Delves with the Court's electronic filing system, which serves notice upon the following:

Michael Alston
Madeline Leonard Phifer
Daniel Esquivel
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500
Facsimile: 423.266.5499
E-mail: Michael.alston@huschblackwell.com
E-mail:madeline.leonardphifer@huschblackwell.com
E-mail: Daniel.esquivel@huschblackwell.com

Rebecca J. Johnson
Juan J. Perez
Perez Morris
8000 Ravines Edge Court, Suite 300
Columbus, OH 43235
rjohnson@perez-morris.com
jperez@perez-morris.com

*Attorneys for Defendant,*
*Qingdao Haiyan Real Estate Group Co., Ltd.*

Richard C. Mangelsdorf, Jr.
Matt Byron
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
(615) 499-7281
chuckmangelsdorf@mgclaw.com
matt.byron@mgclaw.com

*Attorneys for Scioto Valley Woodworking, Inc.*
*d/b/a Valleywood Cabinetry*

                                                  */s/ V. Brandon McGrath*
                                                  V. Brandon McGrath