# EXHIBIT 14

| From: | sabrina [sabrina@haiyanwoodworking.com] |
|---|---|
| Sent: | 2/26/2020 9:17:25 AM |
| To: | Avi Cohen [Avi@cabinetstogo.com]; Kim Surber [KSurber@cabinetstogo.com]; Alex Hughes [ahughes@cabinetstogo.com]; James Mcclure [james.mcclure@cabinetstogo.com] |
| CC: | vivian@haiyanwoodworking.com |
| Subject: | HAIYAN Malaysia factory Vendor ID |

Dear All,

For QINGDAO HAIYAN DROUOT HOUSEHOLD CO.,LTD, Our Vendor ID: DROT

For HAIYAN 's Malaysia factory ---- ALNO INDUSTRY SDN.BHD (219391-D). Is it need have a new Vendor ID? Or not change? Because the Vendor ID needs to be printed on the mark of the carton of AB collection. It is a pity that the cartons of our AB collection are being printed now,But we are only now beginning to recognize and ask this question.
We are eagerly awaiting your reply.
Many thanks for your help.

Sabrina Lee
Qingdao Haiyan Drouot

CONFIDENTIAL                                                                                                                                                                    CTG-000769