# EXHIBIT 15

| From: | 郑伟 [vivian@haiyanwoodworking.com] |
|---|---|
| Sent: | 10/11/2019 10:30:14 AM |
| To: | Sara Valencia [sara.v@cabinetstogo.com] |
| Subject: | 回复：回复： Malaysia |
| Attachments: | image001.jpg; Outlook-1yqqjhcr.jpg |

Hi Sara,

You can send to me copy to Sabrina.

Best regards.

Vivian

来自阿里邮箱 iPhone版
------------------原始邮件 ------------------
发件人：Sara Valencia <sara.v@cabinetstogo.com>
日期：2019-10-11 20:43:18
收件人：vivian <vivian@haiyanwoodworking.com>
主题：Re: 回复： Malaysia

Received. And are you the best person to send the questionnaires too?

Thank you,

**Sara Valencia**
*Compliance Specialist*

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
Direct: 909-253-0459
Cell: 909-725-5096
Internal: 9459



Visit us at: www.cabinetstogo.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (909) 253-0459 or electronically by return message and delete or destroy all copies of this communication.

From: vivian <vivian@haiyanwoodworking.com>
Sent: Friday, October 11, 2019 5:18 AM
To: Sara Valencia <sara.v@cabinetstogo.com>
Subject: 答复:回复： Malaysia

Hi Sara,
The facility name is "ALNO INDUSTRY SDN BHD" ,"安乐工业有限公司".

They use English name in Malaysia. The second is the Chinese name.

Best regards.

Vivian

**发件人：** Sara Valencia [mailto:sara.v@cabinetstogo.com]
**发送时间：** 2019年10月10日 22:33
**收件人：** 郑伟
**主题：** Re: 回复： Malaysia

Hi Vivian,

Do you know what the name of this facility will be? Do you have the Malaysian and English name?

Thank you,

**Sara Valencia**
*Compliance Specialist*

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
Direct: 909-253-0459
Cell: 909-725-5096
Internal: 9459

Visit us at: www.cabinetstogo.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (909) 253-0459 or electronically by return message and delete or destroy all copies of this communication.

**From:** 郑伟 <vivian@haiyanwoodworking.com>
**Sent:** Tuesday, October 1, 2019 6:01 PM
**To:** Sara Valencia <sara.v@cabinetstogo.com>
**Subject:** 回复： Malaysia

Hi Sara，

Here is the full address:
NO.37, FURNITURE INDUSTRI ESTATE, JALAN SUNGAI BAONG, SUNGAI BAKAP, 14200 SEBERANG PERAI SELATAN, PULAU PINANG

Thank you and best regards.

Vivian

来自阿里邮箱 iPhone版

——————————原始邮件——————————
**发件人：** Sara Valencia <sara.v@cabinetstogo.com>
**日期：** 2019-10-02 05:02:31
**收件人：** vivian <vivian@haiyanwoodworking.com>
**主题：** Re: Malaysia

Hi Vivian,

Do you have the exact facility address and name? That way I can input this into the Navex system?

Thank you,

**Sara Valencia**
*Compliance Specialist*

CONFIDENTIAL

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
Direct: 909-253-0459
Cell: 909-725-5096
Internal: 9459

Visit us at: www.cabinetstogo.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (909) 253-0459 or electronically by return message and delete or destroy all copies of this communication.

**From:** vivian <vivian@haiyanwoodworking.com>
**Sent:** Wednesday, September 25, 2019 2:42 AM
**To:** Jill Witter <jwitter@parkstm.com>
**Cc:** Sara Valencia <sara.v@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>; chelsea <chelsea@thezestlab.com>; '李蕾' <sabrina@haiyanwoodworking.com>
**Subject:** 答复: Malaysia

Hi Jill,
Thank you for your explanation, and sorry for the late reply.
The new facility address is Penang, Malaysia .
Best regards.
Vivian

**发件人:** Jill Witter [mailto:jwitter@parkstm.com]
**发送时间:** 2019年9月20日 18:49
**收件人:** vivian
**抄送:** 'Sara Valencia'; 'Jason Delves'; 'chelsea'; '李蕾'
**主题:** Re: Malaysia

I would do them now to the extent that you can. These do two items. First, it provides us with basic ownership information that we use to verify Foreign Corrupt Practices Act compliance. Essentially that no one is on a US black list.
The second is for Lacey and CARB /EPA compliance. On that questionnaire, I recognize that you might not have all the pieces yet. Just fill it out the best you can. If you have your suppliers lined up for raw materials you can go ahead and put those in. We will need the TCP certificates before you start production but you will have to have those anyway.
We can work with you in filling in the blanks so that we don't hold up getting production started.
Thanks
Get Outlook for iOS

**From:** vivian <vivian@haiyanwoodworking.com>
**Sent:** Friday, September 20, 2019 2:17:53 AM

CONFIDENTIAL    CTG-000797

**To:** Jill Witter <jwitter@parkstm.com>
**Cc:** 'Sara Valencia' <sara.v@cabinetstogo.com>; 'Jason Delves' <jdelves@cabinetstogo.com>; 'chelsea' <chelsea@thezestlab.com>; '李蕾' <sabrina@haiyanwoodworking.com>
**Subject:** 答复: Malaysia

Hi Jill,

The Malaysia factory is setting up production line now, the production can only be started in end of November or early December.

How soon do you need to do the questionnaire before we start production?

Look forward to hearing from you soon.

Thank you and best regards.

Vivian

---

**发件人:** Jill Witter [mailto:jwitter@parkstm.com]
**发送时间:** 2019年9月19日 5:10
**收件人:** vivian@haiyanwoodworking.com
**抄送:** Sara Valencia; Jason Delves; chelsea
**主题:** Malaysia

Vivian: Could we get the address of your new Malaysian facility so that we can begin the questionnaire process for that facility?

Jill Witter

Jill Witter
Chief Legal Officer
TS Family Office | Cabinets-to-Go | Talon Floors | Gracious Home | Park Street Management | F9 Properties
844 Alton Road, Miami Beach, FL 33139
972-310-1449 | jwitter@parkstm.com

*This transmittal and/or attachments from Jill Witter may be a confidential attorney-client communication or may otherwise contain privileged and/or confidential information that is protected from disclosure. The content is intended for the addressee(s) only. If you are not an addressee, please do not review, disseminate, distribute, print or copy this transmittal and/or attachments, in whole or in part, and note that any disclosure, copy, distribution, or use of the content of this message (including any attachments) is strictly prohibited. If you suspect that you have received this electronic message in error, please notify the sender by telephone or email, and immediately destroy this message and all of its attachments, if any. I apologize for any inconvenience and appreciate your prompt cooperation. Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.*

CONFIDENTIAL                                                                                                    CTG-000798