# EXHIBIT 17

| From: | Fred Poggemeyer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85D9D7573A584039BFDDA650CB893D94-FPOGGMEYER] |
|---|---|
| Sent: | 8/24/2021 1:53:16 PM |
| To: | Alex Hughes [ahughes@cabinetstogo.com] |
| Subject: | RE: CTG In Process Orders and Payments |

Alex – Jason stopped by earlier and is OK with paying for the 3 containers on the water and the 14 containers that we believe may still be at their respective ports.

Director of Global Sourcing
Cabinets to Go
Gracious Home / Thos Baker
1124 W. McEwen Drive
Franklin, Tennessee 37067
Office: (615) 551-0385, Ext. 0385
Cell: (214) 289-0300

**From:** Alex Hughes <ahughes@cabinetstogo.com>
**Sent:** Tuesday, August 24, 2021 12:51 PM
**To:** Jason Delves <jdelves@cabinetstogo.com>; Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Subject:** FW: CTG In Process Orders and Payments

I think it is best for @Fred Poggemeyer and I to be able to offer payment **in process** on the three containers and instruct HY to release the Parts orders as a result. If that is done, then we should proceed with payment of the cans currently in Singapore.

Do you approve of releasing the three containers for payment today?

**From:** Alex Hughes
**Sent:** Tuesday, August 24, 2021 1:45 PM
**To:** Kim Surber <KSurber@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>; Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Avi Cohen <Avi@cabinetstogo.com>
**Subject:** RE: CTG In Process Orders and Payments

Confirming my recommendation is to proceed with payment of the following. Has this been completed? Please confirm HY can expect payment for these three on Thursday.

**Purchase Orders "on the water" and which have not been released to CTG**

==Pay for these three containers ($155k)==

75010 – Spring Hill Hickory

66004 – Annapolis Blue

73803 – Worthington Grey

Kim- What is your estimate for what Haiyan is paying for storage daily for the 12 containers in PSA and 2 in Penang?

CONFIDENTIAL CTG-002074

Thanks,

**From:** Kim Surber <KSurber@cabinetstogo.com>
**Sent:** Tuesday, August 24, 2021 1:33 PM
**To:** Alex Hughes <ahughes@cabinetstogo.com>; Jason Delves <jdelves@cabinetstogo.com>; Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Avi Cohen <Avi@cabinetstogo.com>
**Subject:** Re: CTG In Process Orders and Payments

Hi -

Expeditors origin did not confirm the exact location of the containers but did confirm that the shipments are on hold. Based on Shannon's query with the vessel line (ONE), the bookings that moved to Singapore show still in the port - :

| Booking No. | expd hb | Container No. | Event Date / Time | Place | Weight | Order Number | Collection |
|---|---|---|---|---|---|---|---|
| PENB13379300 | 6721069385 | TCLU6493432 | 8/14/2021 18:59 | PSA (PORT OF SINGAPORE AUTHORITY) | 17,532.000 KGS | 73827 | Annapolis Blue |
| PENB13379300 | 6721069385 | TCLU9727909 | 8/14/2021 18:56 | PSA (PORT OF SINGAPORE AUTHORITY) | 18,782.000 KGS | 74403 | Hampton Pewter |
| PENB13379300 | 6721069385 | TCNU4809112 | 8/14/2021 22:47 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,456.000 KGS | 74404 | Hampton Pewter |
| PENB13379300 | 6721069385 | TCNU7561924 | 8/14/2021 22:59 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,408.000 KGS | 73799 | Annapolis Blue |
| PENB13387900 | 6721069198 | CXDU1663457 | 8/14/2021 16:15 | PSA (PORT OF SINGAPORE AUTHORITY) | 15,473.000 KGS | 73149 | Annapolis Blue |
| PENB13387900 | 6721069198 | TCLU9339539 | 8/14/2021 14:30 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,219.000 KGS | 73150 | Annapolis Blue |
| PENB13387900 | 6721069198 | TRHU4024972 | 8/14/2021 14:31 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,877.000 KGS | 73153 | Annapolis Blue |
| PENB13387900 | 6721069198 | TEMU8860935 | 8/14/2021 14:33 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,534.000 KGS | 73151 | Annapolis Blue |
| PENB13400900 | 6721069386 | TCLU7817623 | 8/14/2021 16:25 | PSA (PORT OF SINGAPORE AUTHORITY) | 17,285.000 KGS | 77392 | Annapolis Blue |
| PENB13400900 | 6721069386 | BEAU5236125 | 8/14/2021 16:30 | PSA (PORT OF SINGAPORE AUTHORITY) | 17,775.000 KGS | 77882 | Annapolis Blue |
| PENB13400900 | 6721069386 | TCNU5890962 | 8/14/2021 14:14 | PSA (PORT OF SINGAPORE AUTHORITY) | 19,262.000 KGS | 77389 | Annapolis Blue |
| PENB13400900 | 6721069386 | SEKU4392433 | 8/14/2021 16:35 | PSA (PORT OF SINGAPORE AUTHORITY) | 19451 KGS | 77390 | Annapolis Blue |

CONFIDENTIAL
CTG-002075

The other 2 containers show to be in the container yard in Penang. They are scheduled on the vessel line - Hapag.  Currently they show an ETD of 9/25 based on shipper direction to roll the shipment to a future date.

| House Bill | Container | Order Number | Collection |
|---|---|---|---|
| 6721069616 | TCLU5260267 | 77883 | Annapolis Blue |
| 6721069616 | TGCU5178268 | 73152 | Annapolis Blue |

Thanks,

**Kim Surber**
*Manager of Trade Compliance*

**Cabinets To Go**
2350 W.O. Smith Drive
Lawrenceburg, TN 38464
(931) 321-0303
Cell (901) 210-0592



Visit us at: www.cabinetstogo.com     Visit us at: www.gracioushome.com

IMPORTANT: The information contained in this communication is confidential and/or proprietary business or technical data. It is intended for receipt only by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (931) 321-0303 or electronically by return message, and delete or destroy all copies of this communication.

---

**From:** Alex Hughes <ahughes@cabinetstogo.com>
**Sent:** Monday, August 23, 2021 3:31 PM
**To:** Jason Delves <jdelves@cabinetstogo.com>; Fred Poggemeyer <fpoggemeyer@cabinetstogo.com>
**Cc:** Avi Cohen <Avi@cabinetstogo.com>; Kim Surber <KSurber@cabinetstogo.com>
**Subject:** FW: CTG In Process Orders and Payments

Avi- Kim has expeditors confirming the following overnight:

- 12 containers are still in the Port of Singapore and the 2 others are in the Penang yard - status is rolling until notified - right now it shows vessel 9/25 ETD
- ETD is for 2 containers - the others in Singapore are waiting for direction right now.

If this direction is confirmed in the morning, I propose the following payment strategy.

CONFIDENTIAL                                                                                                      CTG-002076