UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CABINETS TO GO, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00711 |
| QINGDAO HAIYAN REAL ESTATE GROUP CO., LTD (青岛海燕置业集团有限公司), | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff Cabinets To Go, LLC's Motion for Summary Judgment (Doc. No. 124), Motion to Strike the Declaration of Lei "Sabrina" Li (Doc. No. 138), and Motion for Reconsideration (Doc. No. 109) are **DENIED**.

Due to obligations on the Court's criminal docket, the trial date set in the Court's prior Order (Doc. No. 56) is **VACATED**. A status conference to set a new trial date is scheduled for **2:00 p.m. on August 10, 2023**. All other deadlines and requirements set out in the Court's prior Order (Doc. No. 56), including those concerning the parties' pretrial filings and the pretrial conference, remain in place.

Additionally, the parties and their counsel shall engage in an additional attempt at mediation to resolve this case prior to trial and file a joint status report describing the parties' complete efforts no later than **October 2, 2023**. The parties shall file joint notice identifying the agreed-upon mediator no later than **September 25, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE